# EXHIBIT G

# OFFICIAL FILE
## OFFICE OF PROFESSIONAL RESPONSIBILITY



## Case No. NP22032305

## NATIONAL PARK SERVICE
## LAW ENFORCEMENT, SECURITY
## and EMERGENCY SERVICES

**CAUTION**

**THE UNAUTHORIZED REVIEW AND/OR DISCLOSURE OF ANY INFORMATION CONTAINED IN THE ATTACHED MATERIAL MAY SUBJECT YOU TO DISCIPLINARY ACTION, OR PENALTIES UNDER THE PROVISION OF THE PRIVACY ACT.**



Department of the Interior
National Park Service
Office of Professional Responsibility

# REPORT OF INVESTIGATION

| Case Subject | Case Number: NP22032305 |
|---|---|
| Park Ranger (b) (6), (b) (7) (C) | OIG Case: N/A |
| | Region/Unit: 7/YELL |

| Case Location | Investigation Category: | Report Date |
|---|---|---|
| Yellowstone National Park | Tier I | March 21, 2022 |

### SYNOPSIS:

On February 10, 2022, the National Park Service (NPS) Office of Professional Responsibility (OPR) received a complaint alleging misconduct by (b) (6), (b) (7)(C) working at Yellowstone National Park.



(b) (6), (b) (7) (C)

---

[1] *Investigator's note: This report was delayed by about three weeks due to a COVID related workload for the transcription company used by OPR. The normal turnaround time is five days; however, transcripts took three to four weeks for this case.*

| Reporting Official/Title | Signature | Date |
|---|---|---|
| John Evans/Special Agent | | March 21, 2022 |
| Approving Official/Title | Signature | Date |
| Beth Shott, Deputy Chief, OPR | | March 25, 2022 |

Distribution:  Original – OPR Case File      Copy – SAC      Copy – HR      Other:

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission. This report is **FOR OFFICIAL USE ONLY**. Public availability is to be determined under Title 5, USC section 552.*

**Case Number:** NP22032305

**VIOLATION:**



**FOR OFFICIAL USE ONLY**

Reported By:



FOR OFFICIAL USE ONLY

Reported By:

**Case Number:** NP22032305

## COMPLAINANT

Name:          Internal

## IDENTITY OF EMPLOYEE



## IDENTITY OF WITNESSES:



## DATE OF INCIDENT:

January 30, 2022

## LOCATION OF INCIDENT:

Yellowstone National Park

## JURISDICTION:

Exclusive

## TRAINING:



## FOR OFFICIAL USE ONLY

4 of 25

*Reported By:*

**Case Number:** NP22032305

### INCIDENT LOCATION:

The actions surrounding the wolf hunt started in the park and culminated outside the park at Beattie Gulch.



Google map shows the North Entrance to Yellowstone National Park on the right and Beattie Gulch up left. The brown area is National Park, and the green area by the red circle is National Forest, all in Montana.

**FOR OFFICIAL USE ONLY**

5 of 25

*Reported By:*

**Case Number:** NP22032305



This is a blown up/zoomed in version of the Google map above showing the two approximate locations of the wolf shot by ▮▮▮▮▮.  The red dot represents the approximate Global Positioning System (GPS) collar location at 1800 hours on January 30, 2022 inside the park.  The approximate location on the Beattie Gulch road outside the park is where the wolf was shot by ▮▮▮▮▮ at or about 1815 hours on January 30, 2022.

**FOR OFFICIAL USE ONLY**

*Reported By:*



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305

**INVESTIGATIVE NARRATIVE:**



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

Case Number: NP22032305

(b) (6), (b) (7)(C)

FOR OFFICIAL USE ONLY

Reported By:

**Case Number:** NP22032305

(b) (6), (b) (7)(C)

**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305

(b) (6), (b) (7)(C)

**FOR OFFICIAL USE ONLY**

18 of 25

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305

**FINDINGS:**



**FOR OFFICIAL USE ONLY**

*Reported By:*

**Case Number:** NP22032305



### ATTACHMENTS:

1. Attachment 01 2022 Montana FWP Hunting Regulations
2. Attachment 02
3. Attachment 03
4. Attachment 04
5. Attachment 05
6. Attachment 06
7. Attachment 07
8. Attachment 08
9. Attachment 09
10. Attachment 10
11. Attachment 11
12. Attachment 12
13. Attachment 13
14. Attachment 14
15. Attachment 15
16. Attachment 16
17. Attachment 17
18. Attachment 18

END

**FOR OFFICIAL USE ONLY**

*Reported By:*

Attachment 01 2022 Montana FWP Hunting Regulations.pdf

# 2022 MOOSE | SHEEP | GOAT | BISON

**MONTANA FWP | Hunting Regulations**



75,000 copies of this public document were published at an estimated cost of $0.20 per copy, for a total estimated cost of $22,772.85 which includes $15,063.75 for printing and an estimated $7,659.10 for distribution.

Mountain Goat *Oreamnos americanus* | Photo by Donald M. Jones

**TURN IN POACHERS:** CALL 1-800-TIP-MONT
**CHRONIC WASTING DISEASE:** See page 4 for information



# FOR THE LATEST INFORMATION ON CWD, VISIT **fwp.mt.gov/cwd**

## WHAT IS CHRONIC WASTING DISEASE?

CWD is a progressive, fatal neurological disease that affects deer, elk and moose. There is no known case of CWD affecting people, pets, livestock or wildlife other than the deer family. However, the World Health Organization and the Centers for Disease Control and Prevention (CDC) recommend not consuming meat from an animal known to be infected with CWD. The CDC also recommends that hunters have deer, elk and moose tested if they were harvested in an area where CWD is known to be present, which includes hunting districts with, and adjacent to, those with CWD detections. **Visit fwp.mt.gov/cwd for more information.**

## WHERE IS CWD?

CWD has been detected across much of Montana, including the northwest, northeast, southeast and southwest.

## WHY IS CWD MANAGEMENT IMPORTANT?

Montana FWP has the great responsibility for managing wildlife. That includes managing wildlife diseases. Our efforts at managing CWD:

- Help prevent long-term population declines in infected herds. Some states have seen more than a 40% decline in mule deer.
- Decrease prevalence and likelihood of spread.
- Help mitigate the disease's broader impacts to Montana's hunting and outdoor legacy.

## DISPOSE, DON'T EXPOSE

### Don't dump carcasses

There are three very important reasons not to dump a game carcass:

1. IT CAN SPREAD CHRONIC WASTING DISEASE. Once an animal with CWD dies, ANY PART of the carcass can transmit the disease for at least two years.

2. IT'S ILLEGAL. Montana State Law prohibits dumping dead animals or refuse on public property, including all state-owned and managed lands, which includes FWP managed fishing access sites and wildlife management areas. If you are caught, you risk a fine and losing hunting and fishing privileges for a year.

3. IT'S UNSIGHTLY. A dumped carcass reflects poorly on the hunting community.

### Follow carcass disposal guidelines

To prevent the spread of Chronic Wasting Disease, all parts of the head or skull containing brain material and/or the spinal columns of deer, elk, and moose harvested in Montana must be left in the field at the kill site or, if transported for further processing including taxidermy or meat processing, must be disposed of in a class II landfill once that processing is complete.

**Chronic Wasting Disease (CWD) samples collected from May 2017 - Feb 2022**

- ● Positive or suspect CWD sample
- ○ CWD sample
- Samples without test results are not shown on this map
- ☐ 2022/2023 moose hunting district
- ▓ Closed to hunting
- ▒ Tribal lands - No FWP authority

4

Paid Advertisement
Appears only in publication printed
and distributed by FWP

# Letter from the Director

What you hold in your hands, or see on your screen, is the product of Montanans working together to maintain the health of our wildlife populations and the tradition of our hunting heritage.

It starts with hunters out in the field, pursuing food for the table and sharing a passion for the outdoors with future generations. Not only do you help fund conservation work through the purchase of licenses and equipment, but you help guide wildlife management decisions through the conversations you have with legislators and FWP staff.

Hunters also play an important role in wildlife management by working with landowners and other groups on access. Landowners play an essential role in maintaining healthy habitat for game to thrive and providing hunting opportunities to help keep game populations balanced. Through ethical and responsible hunting, we can make sure the Montana tradition of hunters and landowners working together remains. Remember, respect the land, respect landowners, respect wildlife – pass it on.

This year, FWP listened to concerns over Montana hunting regulations and engaged with stakeholders to come up with science-based solutions. The commission listened to the feedback from the public and the regulations here represent a significant effort to improve hunter opportunity, landowner concerns and public access. While the effort didn't necessarily result in simplified regulations, we realize that complexity is sometimes necessary for opportunity.

Lastly, this year will be the first-time Montana hunters will be able to use a digital carcass tag, or E-Tag, in the field. This E-tag will be available through the MyFWP mobile app, which also includes a digital wallet that will store licenses as well. This option will appeal to many hunters but isn't required. If you still want a paper license and carcass tag, you can use that option as well.

Good luck and be safe out there.



Hank Worsech

# THE **OUTSIDE** IS IN US ALL.

## Table of Contents by Subject

| | |
|---|---|
| CWD Management | 4 |
| Highlights | 7 |
| Reminders | 7 |
| Regulations are Adopted by the Fish & Wildlife Commission | 7 |
| How to Use These Regulations | 9 |
| Important Dates | 9 |
|   Application/Purchase Deadlines | 9 |
|   Drawing Results | 9 |
|   Season Dates | 9 |
| License & Permit Availability Chart | 8 |
| Obtain a License or Permit | 10 |
| Drawing Application | 10 |
| Residency | 10 |
| Prerequisites | 10 |
| Hunter Education | 10 |
| License and Permit Type | 11 |
| Replacing a Lost License | 11 |
| Super Tag Lottery | 11 |
| Bonus Point System | 11 |
| Fees and Refunds | 12 |
| Youth Hunter | 12 |

| | |
|---|---|
| Hunters with a Disability | 12 |
| Laws & Rules | 12 |
| Restricted Area Descriptions | 18 |
| General Information | 22 |
|   Hunter Land Access | 22 |
|   Other Information | 22 |
|   Bear Identification Guide | 23 |
|   Wolf Identification Guide | 24 |
| Moose Regulations | 28 |
|   Moose District Maps | 28 |
|   Moose Drawing Statistics | 27 |
| Bighorn Sheep Regulations | 34 |
|   Bighorn Sheep District Maps | 34 |
|   Bighorn Sheep Drawing Statistics | 27 |
| Mountain Goat Regulations | 39 |
|   Mountain Goat District Map | 39 |
|   Mountain Goat Drawing Statistics | 27 |
| Bison Regulations | 44 |
|   Bison District Map | 42 |
| Contact List | 46 |
| Subject Index | 46 |
| Sunrise-Sunset Tables | 51 |

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

## Highlights

• Bison hunting regulations have been added to the moose, sheep, and goat regulations.

## Reminders

• An email address is required of applicants applying for limited licenses or permits.
• Hunters harvesting a bighorn ram in hunting district 482 must have their ram checked within Region 4.
• Legal Descriptions are published in a separate booklet.
• In Regions 1, 2, and 4 it is unlawful to take a female mountain goat accompanying a kid or a female in a group that contains one or more kids – see page 40.

## Regulations are adopted by the Fish & Wildlife Commission

Regulations for season dates, structures, and restrictions were adopted by the F&W Commission on February 4, 2022, under the authority granted in MCA 87-1-301 and are valid  March 1, 2022, through February 28, 2023. The F&W Commission reserves the authority to amend the seasons, limits and regulations herein if deemed necessary for wildlife management purposes. Statutes and other information, including other agencies' restrictions, are provided as a courtesy and do not fall under Commission authority. *Henry "Hank" Worsech, Director.*

**Discrimination Prohibited** – State and Federal laws, Title VI of Civil Rights Act of 1964, Section 504 of the Rehabilitation Act of 1973, Title II of the Americans with Disabilities Act of 1990, the Age Discrimination Act of 1975, and Title IX of the Education Amendments of 1972, prohibit discrimination on the basis of race, color, sex, age, religion, national origin, or disability. Anyone believing he or she has been discriminated against (as described above) in any FWP program, activity, or facility may write to FWP Human Resources, 1420 East Sixth Avenue, PO Box 200701, Helena, MT 59620-0701 or the Office of Diversity, Inclusion and Civil Rights, U.S. Department of the Interior, 1849 C Street, NW Washington, DC 20240.

Any changes made to this printed publication can be found on the FWP website or by inquiring at any local FWP office.

## Definitions

**GAME ANIMAL**: deer, elk, moose, antelope, caribou, mountain sheep, mountain goat, mountain lion, bear, and wild bison.

**GUIDE**: a person who is employed by or who has contracted independently with a licensed outfitter and who accompanies a participant during outdoor recreational activities that are directly related to activities for which the outfitter is licensed.

**HUNT**: to pursue, shoot, wound, take, harvest, kill, chase, lure, possess, or capture, or the act of a person possessing a weapon, as defined in MCA 45-2-101, or using a dog or a bird of prey for the purpose of shooting, wounding, taking, harvesting, killing, possessing, or capturing wildlife protected by the laws of this state in any location that wildlife may inhabit, whether or not the wildlife is then or subsequently taken. The term includes an attempt to take or harvest by any means, including but not limited to pursuing, shooting, wounding, killing, chasing, luring, possessing, or capturing.

**LAW**: also known as Statutes or Montana Code Annotated (MCA.) Enacted by the Montana Legislature.

**LICENSE**: provides an opportunity to "harvest" the species for which the license is valid. See page 15 for more detail.

**OUTFITTER**: any person who for consideration provides any saddle or pack animal, facilities, camping equipment, vehicle, watercraft, or other conveyance, or personal service for any person to hunt, trap, capture, take, kill, or pursue any game, including fish, and who accompanies that person, either part or all of the way, on an expedition for any of these purposes or supervises a licensed guide or outfitter's assistant in accompanying that person. This does not include a person providing services on real property that the person owns for the primary pursuit of bona fide agricultural interests.

**RULE or REGULATION**: Agency regulations, standards or statements of applicability that implement, interpret, or set law or policy.  Agencies are given rulemaking authority through statute.

**SITE OF THE KILL**: the location where a game animal or game bird expires and the person responsible for the death takes physical possession of the carcass.

**WILD ANIMAL**: an animal that is wild by nature as distinguished from common domestic animals, whether the animal was bred or reared in captivity, and includes birds and reptiles.

## List of Acronyms

**ARM**: Administrative Rule of Montana

**CR**: Commission Rule

**CWD**: Chronic Wasting Disease

**DNRC**: Department of Natural Resources and Conservation

**F&W Commission**: Fish and Wildlife Commission

**FAS**: Fishing Access Site

**FWP**: Fish, Wildlife & Parks

**HD**: Hunting District

**HWY**: Highway

**LPT**: License or Permit Type

**MCA**: Montana Code Annotated

**OTC**: Over the Counter

**PTHFV**:  Permit to Hunt from a Vehicle

**PTMAE**:  Permit to Modify Archery Equipment

**WMA**: Wildlife Management Area

**WRA**: Weapons Restriction Areas

## License & Permit Availability Chart

| License Type | Resident Cost | Nonresident Cost | Deadline | Notes |
|---|---|---|---|---|
| Base Hunting License | $10.00 | $15.00 | | Prerequisite for hunting or applying for a permit or license. |
| Conservation 12-17 & 62+ years | $4.00 | $10.00 | | Prerequisite. |
| Conservation 18-61 years | $8.00 | $10.00 | | Prerequisite. |
| Bow and Arrow License | $10.00 | $10.00 | | Required during the Archery Only Season for any species or to archery hunt in an Arch-Equip only area or hunting district. |
| Bighorn Sheep – Drawing | $125.00 | $1,250.00 | May 1 | There is a $10 resident/$50 nonresident nonrefundable application fee required with the application. The license cost must be paid if successful in the drawing. |
| Bison – Drawing | $125.00 | $1,250.00 | May 1 | There is a $10 resident/$50 nonresident nonrefundable application fee required with the application. The license cost must be paid if successful in the drawing. |
| Moose – Drawing | $125.00 | $1,250.00 | May 1 | There is a $10 resident/$50 nonresident nonrefundable application fee required with the application. The license cost must be paid if successful in the drawing. |
| Mountain Goat - Drawing | $125.00 | $1,250.00 | May 1 | There is a $10 resident/$50 nonresident nonrefundable application fee required with the application. The license cost must be paid if successful in the drawing. |

# KNOW THE FACTS ABOUT LEAD



› Lead particles from lead ammunition can be toxic if ingested and can poison wildlife scavenging from gut piles.

› Hunters can voluntarily choose to use non-lead, copper or other high-weight retention ammunition.

› To find out more about non-lead ammunition, visit NonleadPartnership.org or HuntingWithNonLead.org.

*FWP cannot regulate ammunition according to Montana statute. The law does not prohibit the use of lead ammunition.

Turn in Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

## How To Use These Regulations

Montana's vast 147,164 square miles is divided into seven administrative regions, each with a main regional office. Each region is then broken down into hunting districts. The regions are numbered 1 through 7 with the hunting districts in the region corresponding to that number. Example: Region 1 hunting districts start with 1 or 001, Region 2 starts with 2 or 002 etc.



### 2022 Application/Purchase Deadlines

**Game Animals**

Bighorn Sheep ................................. May 1
Bison ................................................ May 1
Moose .............................................. May 1
Mountain Goat ................................. May 1
Super Tag
  Antelope, Bighorn Sheep, Bison,
  Deer, Elk, Moose, Mountain Goat
  and Mountain Lion .................. June 30

*See species-specific regulations for license purchase restrictions.

### 2022 Season Dates

These dates represent the "general" season dates. Check the individual hunting district regulations for the most accurate season dates and regulations.

**Game Animals**
Bighorn Sheep
  archery ....................... Sept 3–Sept 14
  general ...................... Sept 15–Nov 27
Bison ............................... Nov 15–Feb 15
Moose ........................... Sept 15–Nov 27
Mountain Goat ............. Sept 15–Nov 27

### Special Drawing Results

*Dates are approximate*

| Species | Drawing Results |
| --- | --- |
| Moose, Bighorn Sheep, Mountain Goat, Bison | Mid-May |
| SuperTags for: Moose, Bighorn Sheep, Mountain Goat, Bison | Early July |

Check for drawing results at **fwp.mt.gov**

---

# Donation Options

MONTANA **FWP**

When purchasing your fishing, hunting and recreation licenses you have the option to donate to different programs. Below is a description of each.

## Wolf Mitigation
Donations will be used by the Montana Department of Livestock to contract for wolf management with the U.S. Department of Agriculture's Wildlife Services for flight time, collaring and lethal control of wolves.

## Warm Water Fisheries Enhancement
This program supports projects that improve Montana's warm water fisheries and habitats.

## Hunters Against Hunger
Donations to this program help cover the cost of processing and distributing the meat that hunters donate to feed hungry Montanans. There will be no cost or processing fees to hunters who drop meat off at participating processors. For a list of processors visit mfbn.org/hunters-against-hunger/.

## MT-PLAN
This DNRC grant program facilitates collaboration among recreationists, private landowners, and land management agencies to enhance public access throughout the state.

License Information

## Obtain A License Or Permit

- Only one license or permit of any type may be purchased each year, unless otherwise specified and allowed in the regulations, such as a hunter may purchase more than one Deer B license.
- Many licenses or permits may be purchased from license providers or online licensing. Some licenses and permits are available only through a special drawing.
- Refer to the Licenses Available Chart for a complete list of resident and nonresident licenses and application or purchase deadlines.

### Online Licensing

- FWP requires hunters to apply for special permits/licenses online or over the counter at an FWP office. Safeguards with these systems ensure valid applications and your information is immediately entered into the automated system and retained for future license purchases or applications
- You may apply for permits and/or licenses and purchase many general hunting licenses from FWP Online Licensing between approximately 5:00a.m. and 11:45p.m., Montana local time, 7 days a week within applicable sales dates.
- Go to **ols.fwp.mt.gov** and follow the instructions.
- Online purchases must be made by using a MasterCard, Visa, Discover, American Express or debit card.
- Montana residents can purchase their first resident licenses online through the online licensing system (OLS) or at any provider providing they have a valid Montana Driver's license issued at least 6 months prior.
- All license purchases and applications are final and cannot be changed or withdrawn. (MCA 87-6-102)

### Residency

- It is unlawful to swear to or to affirm a false statement in order to obtain an original or duplicate resident hunting and/or fishing license OR to assist an unqualified applicant in obtaining a resident license (MCA 87-6-302).

### Resident (MCA 87-2-102)

- To be a legal Montana resident and eligible to purchase any Montana resident fishing, hunting, and trapping licenses, you must:
  - have been physically living in Montana for at least 180 consecutive days immediately prior to purchasing a resident license;
  - register your vehicle(s) in Montana;
  - be registered to vote in Montana if you're registered to vote at all;
  - not possess (or have applied for) any current resident hunting, fishing, or

trapping privileges in another state or country;
  - file Montana state income tax returns as a resident, if you are required to file.
- Once you have established your residency, you must continue to meet all these requirements and physically reside in Montana as your principal or primary place of abode for not less than 120 days per year (days need not be consecutive).
- A person is NOT considered a resident for the purposes of this section if the person:
  - claims residence in any other state or country for any purpose; or
  - is an absentee property owner paying property tax on property in Montana.
- To purchase an annual resident Conservation License you will be required to show a valid Montana Driver's License (MDL), a valid Montana Identification Card (MIC) or a valid Tribal Identification Card per MCA 87-2-106.
- If your MDL or MIC was issued less than six months ago, you may be required to show additional proof of residency. An out-of-state driver's license is NOT an acceptable form of ID for resident license purchases. Contact your local FWP office for specifics.

### Nonresident (MCA 87-2-506)

- Montana's nonresident guests are eligible to purchase or apply for most Montana fishing, hunting, and trapping licenses. By state law, nonresidents are limited to, but not guaranteed, 10 percent of the special license and/or permit quota for a district. The Licenses Available Chart provides details.
- Nonresident unmarried minors, at least 12 but not older than 17 years of age, can hunt and fish in Montana as a resident if the minor's parents, legal guardian, or parent with joint custody, sole custody, or visitation rights is a legal resident of Montana.

### Armed Forces (MCA 87-2-102)

A member of the regular armed forces of the United States, a member's spouse or dependent who resides in the member's household, or a member of the armed forces of a foreign government attached to the regular armed forces of the United States is considered a resident for Montana hunting, fishing, and trapping licenses if:

-the member is a Montana resident as listed above and continues to meet the residency criteria of income tax filing and voter registration, the member is not required to meet the other residency criteria in 87-2-102 and may hold resident licenses in another state or country; or,

- the member is currently stationed in and assigned to active duty in Montana, has resided in Montana for at least 30 days, and presents official assignment orders and a certificate verifying successful completion of an approved hunter safety course from any state or province.

### Prerequisites

### Aquatic Invasive Species Prevention Pass (AISPP) (MCA 87-2-130)

Required in addition to a fishing license if you are 16 or older.
Supports the Aquatic Invasive Species Prevention and Inspection Program. Learn more at: **CleanDrainDryMT.com**

### Base Hunting License (MCA 87-2-116)

This is an annual fee and will be charged at the time the hunter purchases or applies for his/her first hunting license (including upland and migratory bird). This license includes the hunting access enhancement fee.

### Conservation License (MCA 87-2-201)

- Each license year, a new Conservation License is required to purchase any fishing, trapping or hunting license(s), or to apply for special licenses/permits. The Montana license year begins on March 1 and runs through the last day of February of the following year.
- In compliance with the Federal Welfare Reform Laws, Montana law requires each resident and nonresident hunter, including youth, to provide the last four digits of his/her Social Security number when purchasing a Conservation License.

### Hunter Education

### Hunter Education Requirements (MCA 87-2-105)

- If you were born after January 1, 1985, you are required to show proof of completing a Montana hunter safety and education course or an approved hunter safety course from any other state or province prior to applying for or purchasing a hunting license, whether the hunting license is for the rifle or archery season.

### Bow and Arrow License Requirements (MCA 87-2-708)

- A Bow and Arrow License, plus the proper hunting license is required during the bighorn sheep Archery Only Season.

### Bowhunter Education Requirements (MCA 87-2-105)

- To purchase a Montana Bow and Arrow License, a hunter must:
  - Provide a certificate of completing the National Bowhunter Education Foundation course, or
  - Provide any prior year's bowhunting/archery stamp, tag, permit, or license from any state or province.

### Duplicate Certificates

Bowhunter or hunter education certificates of completion for the Montana hunter education and/or bowhunter education courses may be obtained from FWP's website at: **fwp.mt.gov/education/hunter**

Turn In Poachers.  Enough is Enough!  Make the call: 1-800-TIP-MONT (1-800-847-6668)

License Information

## License Types

### Conservation License

Prerequisite for all resident and nonresident licenses. It includes the state lands recreation license, which is required for hunting, fishing and trapping purposes on State School Trust Lands.

### General License

There are no general licenses available for moose, sheep, goat, or bison. Resident general licenses for other species may be purchased from any FWP License Provider or online at **ols.fwp.mt.gov**. They are available to all residents and may be used throughout the state according to the regulations. Nonresidents may apply for/purchase certain general licenses specified for nonresidents in the Licenses Availability Chart. Please refer to the hunting district regulations to see how, when and where a general license may be used in each hunting district or portion of a hunting district.

### Hunting License

- A hunting license authorizes the holder to hunt the species identified on the license according to the regulations.

- Some licenses are valid only in a portion or portions of a hunting district. Carefully review the legal description of the district for which you are applying. A copy of the "portion of district" legal description is available: online at **fwp.mt.gov,** click on "hunt planner"; OR by mail from the FWP Wildlife Division, PO Box 200701, Helena, MT 59620-0701, or email **fwpwld@mt.gov**.

### Replacement License (MCA 87-2-104)

Replacements of lost, stolen, or destroyed licenses or permits may be purchased in person at FWP offices or FWP License Providers. A second replacement license for the same species within a two-year period may only be purchased at an FWP office. A fee of $5 per license will be charged for each replacement license.

**It is unlawful to:**

- Swear or affirm to a false statement in order to obtain a replacement license.

- Possess an original as well as a replacement license(s). If the original is found, it must be returned to FWP at any regional office.

- Allow a license of any type to be used by another person.

- The department will issue a replacement license when an animal is deemed unfit for human consumption due to disease or prior injury. To obtain a replacement license, permit, or tag pursuant to this subsection, the person:

  - Shall surrender the entire animal determined to be unfit for human consumption; and

  - May choose to be issued the replacement for the same license year or the next license year.

- The hunter must appear at a department regional or area office or at headquarters in Helena, Montana during normal operating hours to request a replacement license.

### Special License

- A special license is generally available through the special drawing process. It allows you to hunt in an otherwise restricted area, time period or for a restricted species, usually for a specific sex and age class of animal.

### Unlimited Bighorn Sheep Over-the-Counter License

- Certain bighorn sheep hunting districts have unlimited (one per hunter) licenses available for purchase over-the-counter or via a special drawing. Those hunting districts with unlimited license opportunities have limited sheep harvest quotas of two legal rams per district. Once the quota is approached, or met, the district will close upon 48 hours notice.

- The license purchase deadline is May 1.

- If you purchase an unlimited over-the-counter license, you cannot apply for the same species through the special drawing process.

## SuperTag Lottery (MCA 87-1-271)

Open to residents and nonresidents.

> ### Deadline to Purchase SuperTag Chances
> ### ($5 each)
> ### June 30

- Resident and nonresident hunters can buy an unlimited number of $5 chances to win a Montana hunting license for antelope, bighorn sheep, bison, deer, elk, moose, mountain goat and mountain lion.

- An individual may be successful in winning one or a combination of these SuperTags per year.

- Each SuperTag license allows one to hunt in any Montana hunting district valid for that species.

- Moose, bighorn sheep and mountain goat 7-year waiting period does not apply to SuperTags.

- Chances are sold electronically at all FWP License Providers or via the online licensing system at fwp.mt.gov.

- Proceeds from the sale of SuperTag chances will enhance public hunting access and boost FWP enforcement efforts.

## Availability of Licenses & Permits

> You can purchase your fishing license, hunting licenses(s) and apply for special drawings online
> **ols.fwp.mt.gov**

- FWP requires hunters to apply for special permits/licenses online or over the counter at an FWP office. Safeguards with these systems ensure valid applications and your information is immediately entered into the automated system and retained for future license purchases or applications.

- Online applications must be submitted by approximately 11:45 p.m. (MDT) on May 1.

- Both resident and nonresident hunters are eligible to apply for most of the licenses awarded through the special drawings. By state law, nonresidents are limited to, but not guaranteed, 10 percent of the special license and/or permit quota.

- Drawings are based upon the final quotas adopted by the F&W Commission, which may differ from the quotas listed in the hunting district regulations.

- For specific license/permit opportunities, please refer to the hunting district (HD) regulations where you will find a complete listing of all available hunting opportunities for each HD.

## Bonus Points (MCA 87-2-117)

**Bonus Points can increase your chances to draw a license or permit.**

- Bonus points essentially offer you additional drawing chances and are used for first-choice drawings only.

- Existing bonus points will be mathematically "squared" prior to the drawing. That means if you already have 3 "base" bonus points those will be "squared" and you'll then have 9 bonus points going into the drawing.

- If you wish to participate in the Bonus Point program (to use or gain points), make sure to select "YES" on the Bonus Point question under each species application. The $20 (nonresident) or $2 (resident) Bonus Point fee for each license/permit type will be added to your total.

- If you're unsuccessful, you'll be awarded an additional base bonus point for next year's drawing.

- Bonus points are nontransferable; they cannot be transferred between the species drawings or individuals.

- The base bonus points for party applications are the average of their individual base bonus points rounded to the nearest whole number.

- To purchase a bonus point, applicants must be of eligible age to apply for licenses or permits. Any youth who no longer qualifies will not lose accumulated points.

## Fees and Refunds

• In addition to the cost of each moose, bighorn sheep, bison or mountain goat permit or license, there is a $10 resident or $50 nonresident nonrefundable application fee for each license or permit you apply for.

• In some situations, FWP may refund resident or nonresident – in full or in part – fees for licenses and/or special drawings.

  - The appropriate documentation (death certificate, medical statement, etc.) must accompany the unused license(s) and a signed request form certifying the license(s) has not been used. Nonresident license holders should call 406-444-2950 for information.

| Reason | Deadline | Refund |
|---|---|---|
| Death of licensee | 12/31/21 | 100% |
| Death of immediate family member | 12/31/21 | 90% |
| Medical emergency | 12/31/21 | 90% |

• For applications, detailed eligibility requirements, and information on licenses and permits for hunters with disabilities, contact any FWP office or check the FWP website at: **fwp.mt.gov**

## Hunters with a Disability

### Resident With a Disability Conservation License (MCA 87-2-803)

• Certification for "special considerations" are lifetime certifications and do not need to be renewed annually.

• For applications, detailed eligibility requirements, and information on licenses and permits for hunters with disabilities contact any FWP office. See contacts on page 46.

### Permit To Hunt From a Vehicle (PTHFV) (MCA 87-2-803)

• Residents and nonresidents certified as permanently and substantially nonambulatory, as defined by State Law, may apply for a PTHFV.

• Specific PTHFV field regulations apply. A copy of these regulations will be provided at the time of certification. Noncompliance may result in loss of this privilege.

• The certification is valid for the life of the holder or until changed by the Montana Legislature.

### Permit To Modify Archery Equipment (PTMAE)

• Residents and nonresidents certified as permanently and substantially disabled, as defined by a PTMAE. The PTMAE allows a person with a disability to use archery tackle that supports the bow, and draws, holds, and releases the string to accommodate the individual disability.

• Arrows are not exempt, and must meet requirements for the Archery Only Season.

• This permit does not entitle the holder to use a crossbow during the Archery Only Season.

• The permit only allows modification of legal archery tackle and must be used with a valid Bow and Arrow License and appropriate hunting license.

• The certification is valid for the life of the holder or until changed by the Montana Legislature.

### Certain Combat Disabled Veterans (MCA 87-2-817)

• A veteran with certain combat–connected injuries may be entitled to half-priced licenses for deer and antelope. Up to 50 licenses will be issued annually. Contact FWP Licensing for details at 406-444-2950.

## Youth Hunter

A Youth Hunter is a resident or nonresident 12-17 years of age, or who will reach 12 years of age by January 16, 2023, who has successfully completed hunter education. A Youth Hunter may hunt any game species except spring turkey and spring black bear for which their license is valid, after August 15 of the 2022 license year. Proof of hunter education must be presented at the time of license purchase.

| Youth Hunter | |
|---|---|
| **Age** | **Opportunities and Special Requirements** |
| **Available To Resident & Nonresident** | |
| 11 | A youth 11 years of age who will reach 12 years of age by January 16, 2023, may (after completing hunter education): |
| | • Apply for any special drawing, except spring turkey, and must be able to show proof of having completed an approved hunter education course at the time of application. |
| | • After August 15, 2022, hunt any game species for which their license is valid during an open season. |
| under 14 | In order to carry or use a firearm in public, a youth under 14 years of age must be accompanied by a person having charge or custody of the child; OR be under the supervision of a qualified firearms safety instructor or an adult 18 years of age or older who has been authorized by the youth's parent or guardian, as per Montana law. |

## LAWS & RULES

**- Statute denoted by MCA.**
**- Commission Rule denoted by CR.**
**- Administrative Rule denoted by ARM.**



These regulations contain information to safely and lawfully participate in Montana's game animal hunting opportunities.

Hunters who hunt lawfully and responsibly keep Montana's hunting traditions alive.

Don't risk losing the privilege of hunting in Montana.
Be Safe
Be Lawful
Be Responsible!

### Aircraft- Unlawful Use (MCA 87-6-208)

• It is unlawful for a person to shoot a game animal from an aircraft.

• It is unlawful for a person to use an aircraft for the purpose of concentrating, pursuing, driving, rallying, or stirring up any game animal.

• Aircraft may not be used to locate game animals for the purpose of
  - Hunting those animals during the same hunting day after a person has been airborne or
  - Providing information for another person for the purpose of hunting those animals within the same hunting day after being airborne.

### Archery Equipment (MCA 87-6-401, CR)

• It is unlawful to use any chemical or explosive device attached to an arrow to aid in the taking of game animals.

• The following criteria define Archery Equipment. It is unlawful to use, while hunting game during any Archery Only Season and in Archery Equipment Only areas, archery equipment that does not meet the following criteria:

**Hunting Bow:** A hunting bow for game animals shall be a longbow, flatbow, recurve bow, compound bow, or any combination of these designs.

  - The bow must be a device for launching an arrow, which derives its propulsive energy solely from the bending and recovery of two limbs (includes bows with split limbs).

  - The bow must be hand-drawn by a single and direct uninterrupted pulling action of the shooter. The bowstring must be moved from brace height to the full draw position by the muscle power of the shooter's body. The energy used to propel the arrow shall not be derived from any other source such as hydraulic, pneumatic, mechanical, or similar devices. These limitations shall not exclude the mechanical leverage

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

Laws & Rules

License Information

Paid Advertisement
Appears only in publication printed
and distributed by FWP

advantage provided by eccentric wheels or cams, so long as the available energy stored in the bent limbs of the bow is the sole result of a single, continuous, and direct pulling effort by the shooter.
- The bow must be hand-held. One hand shall hold the bow, and the other hand draw the bowstring. The bowstring must be moved and/or held at all points in the draw cycle entirely by muscle power of the shooter until release. The bowstring must be released as a direct and conscious action of the shooter, either relaxing the tension of the fingers or triggering the release action of a hand-held release aid.

**Exception**: Physically disabled bowhunters certified by FWP with the Permit To Modify Archery Equipment (PTMAE) are exempted from the requirement of holding or shooting the bow with their hands.
- A bow is considered lawful if it is at least 28 inches in total length.
- The nominal percent of let-off for hunting bows shall be a maximum of 80 percent as advertised by the manufacturer.

**Arrow:** An arrow is a projectile at least 20 inches in overall length. The length of the arrow is measured from the rearward point of the nock to the tip of the broadhead.
- A broadhead is mounted on the fore end.
- The arrow shall weigh no less than 300 grains with the broadhead attached.
- Arrows must have broadheads with at least two cutting edges and be at least 7/8 inches at the widest point. Expandable broadheads are lawful as long as when expanded they are at least 7/8 inches at the widest point, and weigh no less than 70 grains.

**The following are not considered a hunting bow or lawful archery equipment during the Archery Only Season or in an Archery Equipment Only area or hunting district:**

Crossbow.

Any device with a gun-type stock or incorporating any device or mechanism that holds the bowstring at partial or full draw without the shooter's muscle power.

Any bow for which a portion of the bow's riser (handle) or any track, trough, channel, or other device that attaches directly to the bow's riser contacts, supports, and/or guides the arrow from a point rearward of the bow's brace height. This is not intended to restrict the use of standard overdraw systems.

Electronic or battery-powered devices attached to a hunting bow or arrow that aides in the taking or locating of any game animal or game bird. **Exception:** Camera devices attached to bows for the sole purpose of filming is allowed.

A bow sight or arrow that uses artificial light, luminous chemicals such as tritium, or electronics. **Exception**: an arrow may have a lighted nock.

**Artificial Light (MCA 87-6-401)**
It is unlawful for anyone to take or attempt to take any game animal or game bird with the aid of projected artificial light. Use of rifle scopes that project an artificial light to illuminate the target or project infra-red light visible only with specialized optics to illuminate the target are unlawful for the taking of game animals.

**Baiting (MCA 87-6-401, CR)**
- It is unlawful for anyone to hunt or attempt to hunt any game animal or game bird by the aid of or with the use of any bait, salt lick, trap, snare or set gun.
- Baiting shall mean the placing, exposing, depositing, distributing, or scattering of food sources or salt so as to constitute a lure or attraction.

**Carcass Disposal (CR)**
To prevent the spread of Chronic Wasting Disease, all parts of the head or skull containing brain material and/or the spinal columns of deer, elk, and moose harvested in Montana must be left in the field at the kill site or, if transported for further processing including taxidermy or meat processing, must be disposed of in a class II landfill once that processing is complete.

**Check Stations (MCA 87-6-218)**
All hunters are required by law to stop as directed at all designated check stations on their way to and from hunting areas, even if they have no game to be checked.

**Disturbing Traps or Trapped Animals (MCA 87-6-601(5))–** A person may not destroy, disturb, or remove any trap or snare belonging to another person or remove wildlife from a trap or snare belonging to another person without permission of the owner of the trap or snare, except that from March 1 to Oct. 1 of each year a person may remove any snare from land owned or leased by the person if the snare would endanger livestock. This requirement does not apply to a law enforcement officer acting within the scope of the officer's duty.

**Dogs (MCA 87-6-404)**
It is unlawful for a person to use dogs to chase game animals. Exception: Dogs may be used to hunt mountain lions and spring black bears, see appropriate regulations for rules. Dogs may be utilized to recover or locate wounded game animals, but handlers shall maintain physical control of the dog at all times by means of a maximum 50-foot lead attached to the dog's collar or harness.

**Evidence of Sex (MCA 87-6-406)**
A person who kills a game animal in this state shall retain evidence of sex of the animal with the carcass until it is processed. The provisions of this section do not apply to a game animal harvested using a license with which either sex of the animal may be taken. Evidence of sex does not need to be naturally attached. A person who kills a game animal in a hunting district where the harvest is limited by the animal's antler point or horn size shall retain the antlers or horns until the carcass is processed.

**Firearms**
- Firearms, including rifles, handguns, shotguns with 0, 00, or slugs, and muzzleloaders; archery equipment; and crossbows are lawful for taking game

animals. All other methods of take are prohibited.
- There is no rifle or handgun caliber limitation or magazine/round capacity restrictions for the taking of game animals.
- Rifle scopes with illuminated reticles, built-in range finding capabilities, and "red dot" scopes are lawful for the taking of game animals.
- EXCEPTION: See bison exception on page 43.

**Glandular Scents ((ARM 12.6.1016, 12.6.1017)( MCA 87-6-101))**
Artificial and Responsible Hunting Scent Association (RHSA) approved natural glandular scents may be used by hunters for the purpose of masking human odor. Urine-based and natural glandular scents are approved by the F&W commission for the purposes of attracting game animals (except black bears) and game birds if they:
- originate from a state or province not listed below as having documented occurrences of Chronic Wasting Disease or
- originate from a facility which is approved by the F&W commission as certified by the Responsible Hunting Scent Association (RHSA) and displays the required marks on the product packaging.



The following states have documented occurrences of Chronic Wasting Disease: Arkansas, Colorado, Illinois, Iowa, Kansas, Maryland, Minnesota, Mississippi, Missouri, Montana, Nebraska, New Mexico, New York, North Dakota, Ohio, Oklahoma, Pennsylvania, South Dakota, Tennessee, Texas, Utah, Virginia, West Virginia, Wisconsin, and Wyoming.The following Canadian provinces have documented occurrences of Chronic Wasting Disease: Alberta, Quebec, and Saskatchewan.

**Hunter Harassment (MCA 87-6-215)**
It is unlawful to:
- Intentionally interfere with the lawful taking of a wild animal.
- Disturb an individual engaged in the lawful taking of a wild animal with intent to prevent the taking of the animal.

**Hunter Orange Requirement (MCA 87-6-414)**
**Firearm Hunters:** Any person hunting or accompanying a hunter as an outfitter or guide must wear a minimum of 400 square inches of hunter orange (fluorescent) material above the waist, visible at all times (see the following exception).
**Archery Hunters**: A licensed bowhunter pursuing deer, elk and/or antelope during the Archery Only Season or in an archery only hunting district is not required to meet the hunter orange requirement, even if there is a concurrent firearm season in that hunting district or portion of district. However, bowhunters hunting during any portion of the general (firearm) season for deer, elk, antelope, moose, bighorn sheep, mountain goat, bison, black bear, and/or mountain lion must always wear a minimum of 400 square inches of hunter orange (fluorescent) above the waist, visible at all times.

Laws & Rules

## Hunting Hours (CR)

Authorized hunting hours for the taking of game animals begin one-half hour before sunrise and end one-half hour after sunset each day of the hunting season. See the official Sunrise-Sunset Tables listed on page 51.

## Incidental Harvest Resulting in an Unlawfully Taken Animal

If you or a member of your hunting party shoots an animal that results in an unlawfully taken animal, you should notify an FWP game warden or 1-800-TIP-MONT (1-800-847-6668) immediately and follow their instructions.

**> Hunters should field dress the animal but DO NOT transport the animal until you've received instructions.**

## Indian Reservations

- The F&W Commission has by rule, closed all lands within the exterior boundaries of Montana's Indian Reservations to the hunting of game animals with the use of state licenses unless provided for in a cooperative agreement between the Tribal Government and the State of Montana.
- Currently, there are no cooperative agreements between FWP and any of the Tribal Governments in Montana and as such the season for the hunting of game animals, by nonmembers, with a state license is closed. Please contact FWP for further information.

## Inspection by Warden (MCA 87-1-502, 87-6-218)

Game animals, game and nongame birds, fish, and furbearers taken must be shown to FWP Enforcement personnel for inspection when requested.

## Interstate Wildlife Violator Compact (IWVC)

Montana is a member of the IWVC. Under the compact, member states recognize suspensions of hunting, fishing or trapping privileges. It is unlawful for a violator whose privilege to hunt, fish or trap is suspended to obtain or attempt to obtain a license, tag or permit in a member state. For more information, call 406-444-2452.

## Kill Site Verification (ARM 12.6.1005)

At the request of a Department Game Warden, it is required to return to the kill site of any game animal, game bird, wolf, or furbearer that has been hunted or trapped.

## Landowner Permission (MCA 87-6-415)

A person may not hunt or attempt to hunt furbearers, game animals, migratory game birds, nongame wildlife, predatory animals, upland game birds, or wolves while hunting on private property without first obtaining permission of the landowner, the lessee, or their agents. Regardless of whether the land is posted or not, hunters must have permission from the land owner, lessee, or their agent before hunting on private property.

For the purposes of this section, the term "hunt" has the same meaning as provided in **87-6-101** and includes entering private land to: (a) retrieve wildlife; or (b) access public land to hunt.

## License and Permit Possession/Use (MCA 87-6-304, MCA 87-6-305)

- A person may not apply for, purchase, or possess more than one license, permit, or tag of any one class or more than one special license for any one species. This provision does not apply to more than one license, permit or tag authorized by the Commission.
- A person may not hunt in this state unless the person is carrying the required license or permit at the time.
- A person may not refuse to exhibit a license or permit and the identification used in purchasing a license or permit for inspection to a warden or other officer requesting to see it.
- A person may not at any time alter or change a license in any material manner or loan or transfer any license to another person.
- A person other than the person to whom a license is issued may not use the license.
- A person may not attach the person's license to a game animal killed by another person.
- A person commits the offense of unlawful possession of a hunting license or permit if the person knowingly carries or has physical control over a valid and unused hunting license or permit issued to another person while in any location that the species to be hunted may inhabit.
- This does not apply: to a person who is carrying or has physical control over a license or permit issued to that person's spouse or to any minor when the spouse or minor is hunting with that person; and when a properly obtained and validated license or permit is attached to a lawfully killed game animal.

## License Validation/Tagging (MCA 87-6-411)

- When a person kills a game animal, the person shall, before the carcass is removed from or the person leaves the site of the kill, take physical possession of the game animal by:
  - electronically validating the license or tag or
  - cutting out from the license or tag the date the animal was killed and attaching the license or tag to the animal.
- A license or tag that is not electronically validated must be kept attached to the carcass as long as any considerable portion of the carcass remains unconsumed.
- A person may not fail to keep the license or tag attached to the game animal or portion of the game animal while the animal is possessed by the person unless the license or tag was electronically validated.
- A person may not tag a game animal with or electronically validate a license or tag that is restricted to a hunting district other than the hunting district where the game animal was killed.

## Littering (MCA 75-10-212)

A holder of a Montana resident or nonresident hunting license or camping permit convicted of littering campgrounds, public or private lands, streams, or lakes, while hunting, fishing, or camping shall forfeit any current Montana hunting, fishing, or trapping license and the privilege to hunt, fish, camp, or trap in Montana for a period of one year.

## Marked or Radio-Collared Animals (CR)

It is lawful to shoot game animals that have radio collars, neck bands, ear tags and/or other markers, but markers and radio collars must be returned to FWP. Please report the killing of a marked animal to the local FWP office.

## Motion-Tracking Devices (MCA 87-6-401)

It is unlawful for a person, while hunting, to use any electronic motion-tracking device or mechanism that is designed to track the motion of a game animal and relay information on the animal's movement to the hunter.

Motion tracking devices are defined by F&W Commission as remote operated camera or video devices capable of transmitting real time information, pictures or videos; seismic devices; thermal imaging devices; and satellite and radio telemetry devices.

A radio-tracking collar attached to a dog that is used by a hunter engaged in lawful hunting activities is not considered an unlawful motion-tracking device.

## Motorized Vehicles (MCA 87-6-405)

It is unlawful for anyone to:

- hunt or attempt to hunt any game animal from any self propelled (motorized) or drawn vehicle. To be lawful, a hunter must have two feet on the ground and his/her body outside of the vehicle. Holders of the Permit To Hunt From A Vehicle are the exception to this.
- use a motorized vehicle to concentrate, drive, rally, stir-up, corral, or harass game animals.
- While hunting a person may not use a motor driven vehicle off-road on state land.
- use a motor-driven vehicle on a road or trail on state land if that road or trail is posted as closed by the land management agency. This restriction applies only to state land and not to federal land. For more information related to state school trust lands, see page 22.
- use a motor-driven vehicle other than on a road or trail designated for travel by a landowner unless permission has been given by that landowner.

### Off Road– Federal lands (CR)

- A person may not operate, on federal public lands, a motorized wheeled vehicle off legal routes (including game retrieval). All Federally approved travel plans on public lands in Montana have been adopted by the F&W Commission. Contact the appropriate land management agencies for travel plan information.

### Boats (MCA 87-6-207)

- A person may not use a motorboat or a sailboat as defined in MCA 23-2-502

Laws & Rules

for the purpose of killing, capturing, taking, pursuing, concentrating, driving, or stirring up any upland game bird, migratory bird, game animal, or fur-bearing animal until the motor is shut off or the sails are furled and the progress of the vessel has ceased.

**Muzzleloader Heritage Hunting Season Lawful Weapons 87-1-304(9):** Plain lead projectiles and a muzzleloading rifle that is charged with loose black powder, loose pyrodex, or an equivalent loose black powder substitute, and ignited by a flintlock, wheel lock, matchlock, or percussion mechanism using a percussion or musket cap. The muzzleloading rifle must be a minimum of .45 caliber and may not have more than two barrels. Additionally, 87-6-401(1), a hunter may not use a muzzleloading rifle that requires insertion of a cap or primer into the open breech of the barrel, is capable of being loaded from the breech, or is mounted with an optical magnification device. Use of prepared paper or metallic cartridges, sabots, gas checks, or other similar power and range-enhancing manufactured loads that enclose the projectile from the rifling or bore of the firearm is also prohibited.

**Off–Highway Vehicles (including ATV, UTV and dirt bikes)**

**Residents (MCA 23-2-804, 23-2-111) –** OHVs must be registered with the county treasurer and display a current off-highway permanent registration decal to be used for off-road recreation on public lands (trails, frozen lakes, reservoirs). To be used on roads (county, Forest Service, etc.), an OHV must be registered with the county treasurer and display a license plate and street-legal modifications. Resident hunters utilizing "summer motorized recreation trails" must also purchase a summer motorized recreation trail pass (decal) at a cost of $20, valid for 2 years and expires on December 31 of the second calendar year. All decals must be affixed in a conspicuous place on the OHV.

**Nonresidents (MCA 23-2-814) –** OHVs that are owned by a nonresident may not be operated by a person anywhere in Montana unless a nonresident temporary-use permit is obtained. Permits are good for one calendar year, cost $35 and can be purchased from local vendors (stateparks.mt.gov/recreation/ohvProgram.html, OHV Permits and Laws), at FWP offices or online at app.mt.gov/als. Contact Montana State Parks OHV Program at 406-444-3750.

**Outfitters and Guides (MCA 37-47-301)**
A person may not act as an outfitter or guide or advertise or otherwise represent to the public that the person is an outfitter or guide without first securing a license.
• It is unlawful to engage in outfitting/guiding while not licensed.
• It is unlawful to hire an outfitter or guide not licensed by the Department of Labor and Industry. For information, call 406-841-2300.

**Possession of Wildlife Parts (MCA 87-6-202)**
A person may not possess, ship, or transport all or part of any game fish,

bird, game animal, or fur-bearing animal that was unlawfully killed, captured, or taken, whether killed, captured, or taken in Montana or outside of Montana. "Possess" includes the act of killing, capturing, or taking a game fish, bird, game animal, or fur-bearing animal regardless of whether the person takes or retains physical possession of the fish, bird, or animal
This section does not prohibit the possession, shipping, or transportation of:
(a) hides, heads, or mounts of lawfully killed, captured, or taken game fish, birds, game animals, or fur-bearing animals, except that the sale or purchase of a hide, head, or mount of a grizzly bear is prohibited, except as provided by federal law;
(b) naturally shed antlers or the antlers with a skull or portion of a skull attached from a game animal that has died from natural causes and that has not been unlawfully killed, captured, or taken or accidentally killed;
(c) the bones of an elk, antelope, moose, or deer that has died from natural causes and that has not been unlawfully killed, captured, or taken or accidentally killed;

**Vehicle Killed Wildlife Salvage Permit (MCA 87-3-145) (ARM 12.3.186)**
Carcasses and parts of elk, deer, antelope and moose killed in vehicular collisions may be taken and possessed but only with a Vehicle-Killed Wildlife Salvage Permit. No other game animals may be salvaged by this permit.

**Recovery and possession of horns and skulls from mountain sheep that died of natural causes (MCA 87-3-315)**
A person may recover and possess the horn or horns and attached skull, or portion thereof, of a mountain sheep that died of natural causes and was not purposefully or accidentally killed, captured, or taken, including due to being struck by a vehicle.
Horns and skulls recovered must be reported to the department within 48 hours and presented to the department for inspection and placement of a permanent pin in a horn within 10 days. The fee for the pin is $25.
This section does not allow the recovery or possession of horns and skulls found in state parks.

**Predatory Animals and Nongame Hunting**
Predatory animals and nongame species can be hunted in Montana year-round without a license by both resident and nonresident hunters. A Conservation License, or a State School Trust lands recreational use license is required to hunt predatory animals and nongame species on State School Trust lands. Permission must be obtained to hunt predatory animals and nongame species on private land.
• **Predatory Animals** are classified as coyote, weasel, (striped) skunk, and civet cat (spotted skunk).
• **Nongame species** are defined as any wild animal not otherwise lawfully classified by statute or regulation in Montana.

Examples include badger, raccoon, red fox, hares, rabbits, ground squirrels, marmots, tree squirrels, porcupines, and prairie dog.

**Public Roadways (MCA 87-6-403)**
It is unlawful for anyone to hunt or attempt to hunt any game animal: on, from, or across any public highway or the shoulder, berm, barrow pit or right-of-way of any public highway (the entire width between the boundary lines of every publicly maintained way when any part thereof is open to the use of the public for purposes of vehicular travel).

**Recorded Animal Sounds (MCA 87-6-401)**
It is unlawful to use any recorded or electrically amplified bird or animal calls or sounds or imitations of bird or animal calls or sounds to assist in the hunting, taking, killing or capturing of any wildlife except predatory animals, wolves, and those birds not protected by state or federal law.

**Restitution for Unlawfully Taken Wildlife (MCA 87-6-906, CR)**
Under Montana law, a person convicted, or who was charged and forfeited bond or bail, of unlawfully killing, taking, or possessing game animals shall reimburse the state. The law sets the amount of restitution for a trophy animal under Montana law as:

| | |
|---|---|
| Bighorn Sheep | $30,000 |
| Elk | $8,000 |
| Antlered Deer | $8,000 |
| Moose | $6,000 |
| Mountain Goat | $6,000 |
| Antelope | $2,000 |
| Grizzly Bear* | $8,000 |
| *no authorized hunting season | |

• The law specifically outlines minimum standards for a trophy under this regulation, but authorizes the F&W Commission to adopt more specific criteria.
• For the purpose of assessing restitution for unlawfully taken trophy wildlife under Montana law, the following are considered "trophy" animals:
**Antelope:** With at least one horn greater than 14 inches in length, as measured along the outside curve from base to tip.
**Elk:** Must meet all three criteria:
1) at least six points on one antler, 2) a main beam length on each antler of at least 43 inches, and 3) an inside spread of at least 36 inches.
OR
Any elk with at least one six-point antler and having a gross/green Boone & Crockett score of 320 points or greater.
**Mule Deer:** Must meet all three criteria:
1) at least four points on one antler (excluding brow tine), 2) a main beam length on each side of at least 21 inches, and 3) a greatest inside spread across the main beams of at least 20 inches.
OR
Any mule deer with at least one four-point antler and having a gross/green Boone & Crockett score of 160 points

Laws & Rules

or greater.

**White-tailed Deer:** Must meet all three criteria:

1) at least four points on one antler (excluding brow tine), 2) a main beam length on each side of at least 20 inches, and 3) a greatest inside spread across the main beams of at least 16 inches.

**OR**

Any white-tailed deer with at least one four-point antler and having a gross/green Boone & Crockett score of 140 points or greater.

- A "point" as defined in these regulations is at least four inches long for elk and at least one inch long for deer, measured from base to tip. Boone & Crockett (B&C) measuring procedures or standards are used for criteria measurement. The official measurements for the purpose of this regulation are those that are taken at the time of confiscation or seizure of the trophy. Any B&C measurements will be considered final when taken by an official B&C scorer, regardless of drying time. If the skullcap of antlers or horns is broken in such a manner to render an official B&C score invalid, three official B&C scorers will estimate a score. The three scores will be averaged and the average score used to determine trophy status in accordance with Montana law.

### Sale of Game Animals (MCA 87-6-206)

A person may not purposely or knowingly sell, purchase, or exchange all or part of any game fish, bird, game animals, or fur-bearing animals, except that a person may sell, purchase, or exchange:

- Hides, heads, or mounts of game fish, birds, game animals, or fur-bearing animals that have been lawfully killed, captured, or taken, except that the sale or purchase of a hide, head, or mount of a grizzly bear is prohibited, except as provided by federal law.
- Naturally shed antlers or the antlers with a skull or portion of a skull attached from a game animal that has died from natural causes and that has not been unlawfully killed, captured, or taken or accidentally killed; for additional exceptions, see 87-6-206 MCA. Sale of meat is not allowed.

### Simulated Wildlife (MCA 87-6-217)

It is unlawful to discharge a firearm or other hunting implement at a simulated wildlife decoy in violation of any state statute, ARM, or F&W Commission rule regulating the hunting of the wildlife being simulated.

### Transport of Wildlife

- An individual other than the license holder may transport lawfully taken, properly tagged game animals that comply with the "Evidence of Sex Requirements."
- It is unlawful to ship, possess, transport, or take out of state unlawfully killed game animals.
- It is a violation of the Federal Lacey Act to transport an unlawfully taken game animal across state boundaries.
- If you are transporting lawfully taken wildlife (including parts and/or products

of live or dead animals) between the United States and any foreign country, you must complete a U.S. Fish and Wildlife Service declaration form. For further information, contact the USFWS wildlife inspector at 406-335-4350 or www.fws.gov.

- Questions concerning carcass transport may be directed to FWP Enforcement at 406-444-2452 or to your home state's wildlife division.

### Traps (MCA 87-6-601)

It is unlawful to destroy, disturb, or remove any trap or snare belonging to another person or remove wildlife from a trap or snare belonging to another person without permission of the owner of the trap or snare.

### Two-way Communication (ARM 12.6.1010)

The use of two-way electronic communication is prohibited:

- While in the act of hunting game animals or wolves to aid in the taking or locating of live animals.
- While in the act of hunting mountain lion or bobcats with dogs, beginning when the dogs are placed or physically released on tracks or a scent trail.
- To avoid game check stations or FWP enforcement personnel.
- To facilitate unlawful hunting activity.

The use of two-way electronic communication for the use of safety or other legitimate purposes is exempt. Two-way electronic communication includes, but is not limited to, the following; radios (walkie-talkies/CB), cell phones, text messages, and the use of social media or other electronic platforms, applications, or programs.

### Unmanned Aerial Vehicles UAV (CR)

A UAV/drone may not be used to locate game animals for the purposes of: hunting those animals during the same hunting day after a UAV/drone has been airborne, or providing information for another person for the purposes of; hunting those animals within the same hunting day after the UAV/drone has been airborne.

### Waste of Game (MCA 87-6-205)

- Hunters, or persons in possession of a game animal or game animal parts, are prohibited from wasting or rendering unfit for human consumption, any part of a game animal that is defined as "suitable for food."
- For game animals (excluding mountain lions), all of the four quarters above the hock, including loin and backstrap, are considered suitable for food.

### Weapons Restriction Areas (CR)

Weapons restrictions are in effect in some hunting districts. Such restrictions are stated in the license/permit description and/or with a specific date range.

**The following equipment restrictions apply to Weapons Restriction Areas:**

**Archery**
See lawful archery equipment in the "Law & Rules" section.

**Crossbows**
Lawful in weapons restriction areas unless exception noted in specific hunting district regulations.

### Traditional Handguns

- Are not capable of being shoulder mounted;
- Have a barrel length of less than 10 ½ inches;
- Chamber only a straight wall cartridge, not originally developed for rifles.

### Muzzleloader

(this definition is strictly for the use of muzzleloaders in weapons restriction areas. See the Muzzleloader Heritage Season Lawful Weapons section on page 16 for information regarding hunting during the Dec 11 - 19 heritage muzzleloader season)

- Must not be capable of being loaded from the breech of the barrel;
- May not be loaded with any pre-prepared paper or metallic cartridges;
- must be charged with black powder, pyrodex, or an equivalent;
- Must be ignited by a percussion, flintlock, matchlock, or wheelock mechanism;
- Must be a minimum of .45 caliber;
- May have no more than two barrels;
- Must only use plain lead projectiles;
- Sabots or other similar power and range-enhancing manufactured loads that enclose the projectile from the rifling or bore of the firearm are prohibited. "Skirts" or gas checks on the base of a projectile are acceptable.

### Shotgun

Must be shouldered, breech-loaded, or muzzle-loaded firearm with a smooth bore and/or rifled barrel and/or rifled choke device designed to fire shot or slugs.

## Restricted Area Descriptions

Restricted area descriptions include both CLOSED Areas and Weapons Restricted Areas. It is your responsibility to know that you are in a legal hunting area.

**BNSF right-of-way from Marias Pass to the Java Creek Bridge:** The BNSF right-of-way from Marias Pass to the Java Creek Bridge is closed to hunting.

**Beattie Gulch:** Subject to closure of all hunting with 24 hours notice : US Forest Service lands located in the following sections north of Yellowstone National Park in Beattie Gulch, Sec. 7 & 8, T9S, R8E and Sections 12 & 13, T9S, R7E.

**Bowdoin NWR:** Closed to big game hunting. Portions of T31N R31E, T31N R32E, T30N R31E, T30N R32E as posted by refuge regulations. Contact refuge at 654-2863.

**Brinkman Game Preserve:** Closed to the hunting of all species except deer. Except as specifically permitted by the commission for the hunting of deer, no person may carry or discharge firearms within the preserve. See current regulations. The boundary of the Brinkman Game Preserve is as follows: The S½ section 7, and E½, NE¼ section 7, and S½ section 8, and NW¼ section 8, S½ section 9, S½ and E½, NE¼ section 10. All of sections 11, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 25, 26, 27, 28, 29, 35, 36,; all in township 29N, range 7E, M.P.M., Liberty County, Montana.

**City of Gardiner No Shooting Zone:** Gardiner Hunting Closure; Closed to all hunting: Beginning at the Junction of U.S. Hwy 89 and Little Trail Creek, then up Little Trail Creek to the posted line (approx. 1/2 mile above U.S. Hwy 89), then southeasterly along said line to the Travertine-Trail Creek Road, then easterly along said road to its intersection with the Gardiner-Jardine Road, then northeasterly along said road to Eagle Creek, then southerly down said creek to the YNP boundary, then westerly along said boundary to the intersection with Stevens Creek, then northeasterly in a straight line to the intersection with U.S. Hwy 89, then northwesterly along said highway to the junction of Little Trail Creek, the point of beginning.

**Cooke City Moose Closure Area:** Beginning at the point where U.S. Highway 212 crosses, the Montana-Yellowstone National Park boundary, then north along said boundary to a point one-half mile north of U. S. Highway 212, then east along a line one-half mile north of said highway and parallel to said highway to the Montana-Wyoming border, then west along this border to the Montana-Yellowstone National Park boundary, then north to the point of beginning.

**Deckard Flats:** Subject to closure of all hunting with 24 hours notice : Deckard Flats Hunting Closure; Subject to closure of all hunting with 24 hours notice: Beginning at the junction of Yellowstone National Park and Bear Creek, then northeasterly up said creek to the intersection with Palmer Creek, then easterly for 1/10 mile up said creek, then southeasterly to posted line, then southeasterly and easterly along posted line to the intersection with Yellowstone National Park boundary, then westerly along said boundary to the intersection with Bear Creek, the point of beginning.

**East Ovando Archery-only Area:** Those portions of Powell County lying within the following described boundary: Beginning at the junction of State Route 200 with the North Fork of the Blackfoot River, then southwest along said river to the Ovando-Helmville Road, then northwesterly along said Road to Ovando and State Route 200, then easterly along said Route to the North Fork of the Blackfoot River, the point of beginning.

**Ennis Airport Weapons Restriction Area:** Ennis Airport WRA Boundary Description: Beginning at Intersection of Airport Rd and Hwy 287, east on Airport Rd, then continuing east along south boundary of section 32 to the USFS boundary, then north to north boundary of section 29, then west on north boundaries of sections 29 and 30, then south on west boundary of section 30, then west on north boundary of section 36 to Hwy 287, then south along Hwy 287 to point of beginning.

**Flathead Weapons Restriction Area:** That portion of Flathead County lying



**Purchase by June 30, 2022**

THE ALL-NEW MONTANA SUPERTAG
**TAKE ANOTHER SHOT AT THE DREAM**
$5 BUYS YOU A SHOT AT A HUNT OF A LIFETIME!

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

within the following-described boundary: Beginning at the junction of State Route 35 and State Route 206, then northerly along State Route 206 to US Highway 2, then westerly along said highway onto State Route 40 to US Highway 93, then south on said Highway to Rocky Cliff Drive, then easterly to Demersville Road, then northerly along said road to Foys Bend Lane, then easterly along said road onto Lower Valley Road to the Bonneville Power Administration powerline at Foys Bend, then northerly along said powerline across the Flathead River to the easterly shore, then up the most easterly shore of said river to State Route 35 (Old Highway 2 bridge), then easterly along said route to its junction with State Route 206, the point of beginning.

**Freezout Lake WMA, Teton County:** Closed to hunting as posted.

**Gallatin Valley Weapons Restriction Area:** Beginning at the intersection of Cottonwood Road and Enders Road, continuing southeast from that intersection along Cottonwood Road, north to South 19th, then east on South 19th to Nash Road, then east on Nash Road to Sourdough Canyon Road, then south on Sourdough Canyon Road, to the National Forest boundary, then east along said boundary to boundary of State Lands Sections 4, 3, 34, 35 and 1 to Bear Canyon Road, then northerly on Bear Canyon Road to the Bear Canyon Interchange with Interstate 90, then northerly to Rocky Creek, northwesterly along Rocky Creek to L Street, then north on L Street to Story Mill Road, then north on Story Mill Road to Deer Creek Drive, northeast on Deer Creek Drive to Lookfar Way, north on Lookfar Way to Rolling Hills Drive, north on Rolling Hills Drive to Sypes Canyon Road, northwesterly on Sypes Canyon Road to Summer Cutoff Road, then Saddle Mountain Road, then east on Saddle Mountain Road to Bostwick Road, then north along Bostwick Road to Baseline East Road, then west on Baseline East Road to Walker Road, then north on Walker Road to Penwell Bridge Road, then west on Penwell Bridge Road to Wes Davis Road, then north and west on Wes Davis Road to Hamilton Road, then west and north on Hamilton Road to Cactus Road, then west on Cactus Road to Highway 290, then south on Highway 290 to Weaver Road, then west on Weaver Road to Highway 10, then northwesterly on Highway 10 to Heeb Road, then south on Heeb Road to Amsterdam Road, east on Amsterdan Road, to Linney Road, south on Linney Road to Cameron Bridge Road, then east on Cameron Bridge Road to River Road, then south on River Road to Highway 84, then east on Highway 84 to Shedds Bridge, then south up western most channel of the Gallatin River to Gallatin Gateway Bridge, then east on Gallatin Gateway Road to US Highway 191, then south on US Highway 191 to Cottonwood Road, to point of beginning.

NOTE: Sourdough Exclusion Zone from SWRA within HD 309: Beginning at the intersection of Nash and Sourdough Canyon Road, then south on Sourdough Canyon Road to the USFS boundary, then east, north and east along said boundary in Section 8, then along said boundary in Section 8 to the intersection with State Lands in Section 9, then north along the section line of Sections 4 and 5, then west along section line of Sections 5 and 32 to the intersection with Sourdough Road, then south on Sourdough Road, then west on Nash Road, the point of beginning.

**Gardiner:** Gardiner Hunting Closure. Closed to all hunting: Beginning at the Junction of U.S. Hwy 89 and Little Trail Creek, then up Little Trail Creek to the posted line (approx. 1/2 mile above U.S. Hwy 89), then southeasterly along said line to the Travertine-Trail Creek Road, then easterly along said road to its intersection with the Gardiner-Jardine Road, then northeasterly along said road to Eagle Creek, then southerly down said creek to the YNP boundary, then westerly along said boundary to the intersection with Stevens Creek, then northeasterly in a straight line to the intersection with U.S. Hwy 89, then northwesterly along said highway to the junction of Little Trail Creek, the point of beginning.

**Gates of the Mountains Game Preserve:** No hunting. Beginning in Section 2, T12N, R3W at the southeast corner of Upper Holter Lake, then proceeding westerly along the northern shoreline of Upper Holter Lake in the Gates of the Mountains area located in Lewis and Clark County, then northerly along Stoney Point Beacon Road, then northerly along the powerline to said beacon, then along Bulldozer Road to the point of the ridge in Section 23, T13 N, R3W, then northerly to the Missouri River, then easterly across said river and lake to the USFS boundary to the wilderness boundary, then south along wilderness boundary to the southeast corner of Section 1, T12N, R3W, then west back to Upper Holter Lake, the point of beginning. Intending hereby to include in said game preserve all the territory adjacent of the Gates of the Mountains area, shall be called and known as the Gates of the Mountains Game Preserve.

**Grant Kohrs Ranch near Deer Lodge:** Closed to all hunting.

**Helena Valley Regulating Reservoir:** The Bureau of Reclamation Regulating Reservoir located in Sections 4, 5, 8, 9, 16 and 17, T10N, R2W in Lewis and Clark County of the Helena Valley as posted. (This area will be open to hunting until the opening of the waterfowl season, then it will be closed to all hunting.)

**Jeffers Weapons Restriction Area:** Beginning at the intersection of Highway 287 and the south access to Jeffers Loop road at milepost 47.1, then north along the access road until the junction with Jeffers Loop Road, then easterly along Jeffers Loop Road until its intersection with Jeffers Loop Road South, then northerly along Jeffers Loop Road until its intersection with Jeffers Road, then west along Jeffers Road to its intersection with the entrance to Valley Garden Fishing Access Site, then westerly along the south boundary of the Valley Garden Fishing Access Site to its junction with the west bank of the Madison River, then southwesterly along the west bank of the Madison River to its intersection with Highway 287, then southeast along Highway 287 until the point of beginning.

**Lee Metcalf Refuge:** Legal description, map and regulations available from the Lee Metcalf Refuge, 406-777-5552.

**Libby Big Game Archery Only Hunting Area:** Restricted to ArchEquip Only. That Portion of Lincoln County lying within the following-described boundary: Beginning at the junction of U.S. Highway 2 and Port Blvd. (the old Stimpson mill site entrance) on the south edge of Libby, then heading east on Port Blvd. to the Champion Haul Road, across Libby Creek on said road to National Forest Road #4813, then southerly on Road #4813 to National Forest Road #533, the Swede Mountain Road, then southerly along said road to the Farm-To-Market Road, then northerly along the Farm-to-Market Road to U.S. Highway 2, then northerly along U.S. Highway 2 to Port Blvd., the point of beginning.

**Lincoln Closed Area:** Closed to all big game hunting. Section 24, T14N, R9W, shall be closed to big game hunting. This comprises the area around the town of Lincoln.

**Medicine Lake National Wildlife Refuge:** Portions open to big game hunting per refuge regulations.

**Milk River WMA:** Hunting by archery, shotgun, traditional handgun or muzzleloader only as posted and as described under current regulations.

**Muskrat Valley Weapons Restriction Area:** Restricted to archery, shotgun, traditional handgun or muzzleloader. That portion of Jefferson County lying within the following-described boundary: Beginning at Boulder, then east along Muskrat Lane to the intersection of Upper Valley Road, then north along said road to the intersection of Sloan Lane, then west along said lane to the Interstate 15 frontage road, then west to Interstate 15, then south along said interstate to Boulder, the point of beginning. Restricted to archery, shotgun, traditional handgun or muzzleloader only.

**Poindexter Slough FAS south of Dillon:** FWP property in sections 26, 27, 34, and 35, T7S, R9W.

**Restricted Area Descriptions**

**Prison Ranch Archery Only Area:** The following MCE Ranch lands are open to hunting of big game only with Lawful Archery Equipment as outlined in the hunting regulations provided by Montana FWP: Beginning at the junction of the Old Stage Road (county road) and Elk Ridge Road (Forest Service Road 5149) in Section 22, T8N, R10W and proceeding west along the Elk Ridge Road to the Power Line Road (prison fence line) in the southeast 1/4 of Section 22, T8N, R10W, then south along the Power Line Road (prison fence line) to the southwest corner of the prison fence in Section 28, T7N, R10 W, then east along the south boundary Section 28, T7N, R10W (prison fence line) to the southwest corner of Section 27, T7N, R10W, then south to the southwest corner of Section 34, T7N, R10W, then east to the southeast corner of Section 34, T7N R10W, then south to the southwest corner of Section 2, T6N, R10W, then east along the prison fence line to the Dempsey Lake Road (county road), then northeasterly along Dempsey Lake Road (prison fence line) to the southeast corner of Section 36 T7N R10W, then north along the prison fence line on east edge of Section 36 and 25, T7N, R10W to corner of the prison fence line in Section 25, T7N, R10W, then east along prison fence line in N2 Section 30, T7N, R9W to the corner of the prison fence line at Lake Hill Road (county road); then north approx. 1/2 mile along the east side of Sections 30 and 19, T7N, R9W to the corner of prison fence line on the eastern edge of Section 19, T7N, R9W, then follow the prison fence west and northerly in Sections 19 and 18 T7N R9W to the northeast corner of Section 18, T7N, R9W, then follow the prison fence east approx. 1/2 mile along the southern boundary of Section 8, T7N, R9W, then follow the prison fence north approx. 1/2 mile to the junction of the airport fence, then proceeding northwesterly, follow the fence bordering the airport, golf course and National Guard Armory through Sections 8, 5 and 6, T7N, R9W to the Old Stage Road (county road), then follow the Old Stage Road northwest through Sections 36, 26, and 22, T8N, R10W to the junction of the Elk Ridge Road (USFS Road 5149), the point of beginning.

**Rookery WMA (as posted):** Hunting by archery, shotgun, traditional handgun or muzzleloader.

**Seeley Lake Game Preserve:** Closed to all hunting. That portion of Missoula County lying within the following-described boundary: Beginning at a point where US Forest Service land and private land meet next to Boy Scout Road in Section 20, T17N, R15W, then east on the boundary between US Forest Service and private land, then north on same boundary to the section line between Sections 17 and 20, then east on said section line and east on north line of Section 21, T17N, R15W to State Route 83, then south on State Route 83 to Riverview Drive in Section 3, T16N, R15W, then west on Riverview Drive to Snowmass Drive in Section 9, T16N, R15W, then north on Snowmass Drive to section line between Sections 4 and 5, T16N, R15W, then north on said section line to Clearwater River, then north along west shore of Clearwater River to Boy Scout Road in Section 33, T17N, R15W, then west and north on said road to where USFS land and private land meet next to Boy Scout Road in Section 20, T17N, R15W, the point of beginning.

**Slippery Ann Elk Viewing Area:** Closed to all hunting per refuge regulation: Portions of Section 36, T22N, R24E and Sections 31 and 32, T22N, R25E, as posted.

**Sun River Game Preserve:** No hunting. Beginning at a point on the crest of the Continental Divide of the Rocky Mountains, due south of the head or source of the South Fork of the Sun River, in what will be, when surveyed, Section 8, T18N of R10W, Montana meridian, then due north from the crest of the Continental Divide to the head of the south fork of the Sun River, then northerly along the east bank of the South Fork of the Sun River (the eastern boundary of the Sun River Game Preserve) to its confluence with the North Fork of the Sun River, then northerly along the east bank of the North Fork of the Sun River (the eastern boundary of the Sun River Game Preserve) to its head or source, then due north to the crest of the Continental Divide of the Rocky Mountains, then along said crest southwesterly and southerly (the western boundary of the Sun River

Game Preserve) to the place of beginning. Intending hereby to include in said game preserve all that territory lying between the South Fork of the Sun River and the North Fork of the Sun River on the east and the Continental Divide of the Rocky Mountains on the west.

**Teton-Spring Creek Cooperative Hunting Area (TSCA), Teton County:** All in T24N, R5W legally described as: Sections 2, 3, 4, 9, 10, 11, 14, 15, and W1/2 of Section 13.

**Townsend Weapons Restriction Area:** Beginning at the intersection of US Highway 12 and Route 284 then northerly along said route to its intersection with Riley Road, then west along said road to the Canyon Ferry Wildlife Management Area boundary fence as signed, then northerly and westerly along said boundary fence to the end of said boundary fence in Section 28, T8N, R2E, near Canyon Ferry Reservoir, then westerly across said reservoir to Hahn Road, then westerly along said road to US Highway 287, then south along said highway to its intersection with the Kimber Gulch Road, then westerly along said road to its intersection with the railroad tracks, then southerly along said railroad tracks to their intersection with Springville Lane, then westerly and southerly along said lane to its intersection with the Indian Creek Road, then southerly along the west boundary of Sections 25 and 36 in T7N, R1E to the SW corner of Section 36, then easterly along the southern boundary of Section 36 and easterly along the southern boundary of Section 31 in T7N, R2E to its intersection with US Highway 287, then southeasterly along said highway to its intersection with Lower Deep Creek Road, then easterly along said road to its intersection with Jack Farm Road, then northwesterly along said road to its intersection with Cemetery Road, then east and north along said road to its intersection with US Highway 12, then east along said highway to its intersection with Route 284, the point of beginning.

**Yellowstone River Islands restricted to ArchEquip Only:** Islands in the Yellowstone River between the East Park Street Bridge at Livingston and one mile downstream of US Highway 89 Bridge.

Paid Advertisement
Appears only in publication printed
and distributed by FWP

## GENERAL INFORMATION

General Information

### Hunter Land Access

Hunters, it is your responsibility to know where you are, to know who owns the land, and to know what access restrictions apply.

### Block Management

The Block Management Program is a public hunting access program in which FWP enters into contractual agreements with private landowners (and sometimes public land management agencies) about how free public hunting access will be permitted and managed on enrolled lands. Through the contractual agreement, a private landowner agrees to allow public hunting on enrolled lands under specified conditions, and FWP agrees to assist the landowner by enforcing the ranch rules adopted through the Block Management contract. FWP annually publishes a Hunting Access Guide by August 15 that lists the Block Management Areas (BMAs) enrolled for that year and explains how to gain access to them. For general information about the program, contact FWP at 406-444-2612.

### Fishing Access Sites

Many of Montana's Fishing Access Sites (FAS) offer hunting opportunities, however certain restrictions may apply such as no-hunting safety zones and/or restrictions on the type of hunting weapon or firearm that may be used. Refer to the Fishing Access Site website at **myfwp.mt.gov/fishMT/explore** for site specific information, opportunities and restrictions.

### Indian Reservation Trust Lands

Some reservations may offer game animal hunting opportunities with the use of tribal licenses to non-members. Please contact the appropriate Tribal Government. See "Contacts Outside FWP" on page 46 for contact information.

### Montana State Parks

Some of Montana's State Parks provide hunting opportunities; however, certain restrictions may apply such as no-hunting safety zones and/or restrictions on the type of hunting weapon or firearm that may be used. Contact the specific park and/or refer to the Montana State Park website at **stateparks.mt.gov** for site-specific information regarding hunting opportunities and restrictions.

### Private Land Access

Montana law requires permission for all hunting on private land. See above for information on FWP's Block Management Program.

### Public Land Access

• Public lands closed to hunting include:
  - National Parks and other areas administered by the National Park Service.
  - National Wildlife Refuge lands except those areas designated open to public hunting. More restrictive regulations may apply to national wildlife refuges open to public hunting. Please inquire at the local refuge office.
• For hunting opportunities on federal lands such as U.S. Forest Service or U.S. Bureau of Land Management, inquire at the local federal office.
• It is unlawful to post, place signs or mark state or federal land other than that done by a state or federal land agency.

### Railroad Access

Railroads and railroad right-of-ways are private property and may not be hunted without permission, nor should they be used as access to other lands (private or public) without explicit permission from the railroad.

### State Game Preserves

State Game Preserves may or may not be open to hunting. See Restricted Area Descriptions, see pages 18-20.

### State School Trust Lands

Additional information, including closures and restrictions, is available from the DNRC at 406-444-2074

• A Conservation License provides hunters, anglers and trappers access to lawfully accessible State School Trust lands for related activities during applicable seasons. Additional permitting is required through the Department of Natural Resources and Conservation (DNRC) for trapping on trust lands.
• Overnight use must not exceed the following limits: two consecutive days on leased land, 16 consecutive days within designated campgrounds or on unleased land. Motorized travel is only allowed on public roads or on roads designated as open. This restriction applies to all activity including game retrieval.
• Firearms may not be discharged upon trust lands within one-quarter mile of inhabited dwellings or outbuildings on state trust lands without permission of the inhabitant.
• Open fires are prohibited outside of fire pits within designated campgrounds.

### Other State Lands

Obtain permission from the appropriate land management agency.

### State Wildlife Management Areas (WMA)

FWP's Wildlife Management Areas are generally open to hunting during the game animals hunting season. WMAs with game animal winter range are closed to public entry, unless otherwise posted, from the day following the end of the general deer-elk season or December 1, whichever is later, to noon on May 15 each year, as posted.

**Exception:** There are several exceptions to these guidelines. For WMA specific information, please call the Regional office on page 42 for contact numbers or visit the FWP website at: **fwp.mt.gov/conservation/wildlife-management-areas**

### Stream Access Law

The Stream Access Law does not allow for the hunting of game animals between the ordinary high water marks of streams and rivers without landowner permission.

### Other Information

**Donate Hunting License to Disabled Military Service Member or Veteran (MCA 87-2-815)**
Residents and nonresidents can donate their Montana hunting license to a disabled military veteran or disabled active duty service member who is working with an organization that uses hunting as part of the rehabilitation process. The disabled person who receives the license will be a Purple Heart recipient and have a 70 percent or greater disability rating. Visit the website for more information: **fwp.mt.gov/hunt/licensingbasics**

**Feral Swine** cause extensive damage to domestic and native habitats, wildlife, and livestock throughout much of the United States. To prevent the introduction of feral swine into Montana, the 2015 Legislature has prohibited the transportation, possession, hunting, trapping, or killing of feral swine. If you see or know of any feral swine in Montana please contact the Montana Department of Livestock at 406-444-2976.

**Game Damage Hunt Roster Rules**
• The game damage hunt roster is a randomized list of hunters' names. If FWP identifies a need to implement a game damage hunt, the game damage hunt roster will be used to select hunters. Selected hunters will be contacted by FWP.
• Sign up for the game damage hunt roster is from June 15–July 15, 2022, and only on the FWP website through MyFWP.

**Harvest Survey**
Montana FWP conducts an annual telephone survey to gather hunting and harvest information from Montana hunters. Telephone interviewers call mid-week evenings and weekends to speak to hunters one-on-one to get the most accurate information possible. Wildlife managers use the results to evaluate hunting seasons and set quotas, season dates and other regulations.

**Hunters Against Hunger**
When you purchase a Montana hunting license, you'll have an opportunity to make a donation of $1 or more to Hunters Against Hunger. Contributions help pay for butchering and distribution of processed game donated to food banks.

**Weed Control and Weed Seed Free Hay**
Montana requires use of certified weed seed free hay, grain, straw, mulch, cubes, and pelletized feed on state and federal lands. For further information, contact the Department of Agriculture at 406-444-3144.

Turn In Poachers.  Enough is Enough!  Make the call: 1-800-TIP-MONT (1-800-847-6668)

# Montana is Bear Country

## Be Bear Aware!

Black bear hunters must be able to tell the difference between a grizzly and a black bear because grizzly bears cannot be lawfully hunted in Montana.

Three simple rules will help you make the right decision:

1. Learn how to identify bears.
2. Be absolutely sure of your target.
3. If in doubt, don't shoot.

### Look for a combination of characteristics.

Their color and body size can be misleading!



Tall pointed ears    No shoulder hump

Straight face profile

Short claws

## BLACK BEAR



Short, rounded, ears    Shoulder hump

Dished face profile

Long claws

## GRIZZLY BEAR

Mandatory bear identification testing is required to purchase a black bear license. Check FWP's website: fwp.mt.gov

### General Distribution of Bears in Montana



Grizzly and Black Bears

Black Bears

## Carry Bear Spray and Know How To Use It!

• Hunting puts you at risk of encountering a bear. Calling game and using scents may attract bears.

• If you hunt alone, let someone know about your plans. If you feel uneasy hunting alone, hunt with a partner.

• Pay attention to fresh bear sign. Communicate with others and let them know when bears have been seen and/or fresh sign observed.

• Some bears may move in the direction of a gunshot because they learned to associate the sound with a gut pile or carcass.

• The golden rule is "get the game animal out of the area as quickly as possible." The longer a carcass remains lying on the ground, hung up in camp, or stored in the back of a truck, the more likely it will be discovered by a bear.

• Carcasses left for a period of time require special care. Carry a colored, lightweight tarp or space blanket. Put the guts on the tarp and drag them a few hundred feet away from the carcass.

• Locate an observation point 200 yards (if possible) away from the carcass with a clear line of sight.
 – When returning, approach the observation point carefully. Yell or whistle repeatedly. With binoculars study the scene from the observation point and scan the area for the carcass and any movement. If a bear is at the site and refuses to leave or the meat has been covered up with debris by a bear, report the incident to FWP.
 – Do not attempt to frighten away or haze a bear, especially a grizzly.

• Bears are opportunists and change their behavior to take advantage of new food sources. Always assume that grizzlies are in the area and make sure your camps, cabins, and homes are bear proof, and that bear attractants are unavailable or contained.

• Mentally rehearse a worst-case scenario with encountering a bear. "If the mind has never been there before, the body does not know how to respond." The following is a list of recommended responses to minimize the likelihood of attack or chances of human injury:
 – Make certain you have bear spray at the ready and know how to use it. In sudden grizzly encounters, bear spray has proven effective. Bears sprayed in the face at close range often stop attacking.
 – Always maintain a safe distance from bears.
 – Stay calm, speak softly, behave in a non-threatening manner.
 – Immediately pick up small children and stay in a group.
 – Throw an object (like a hat or gloves) on the ground as you move away to distract the animal's attention.
 – Slowly back away, if possible. Keep a distance of at least 100 yards.
 – Do not run from a bear. Running may trigger a natural predator-prey attack response, and a bear can easily outrun the world's fastest human.
 – Don't climb a tree unless you are sure you can get at least 10' from the ground before the bear reaches you. Many experts recommend against climbing trees in most situations.

• Report encounters with grizzly bears to FWP at 1-800-TIP-MONT, U.S. Forest Service, or one of the nearest FWP bear management specialists listed below:
 – Rory Trimbo, Anaconda, MT 406-465-9343
 – Jeremiah Smith Bozeman, MT 406-577-7877
 – Wesley Sarmento, Conrad, MT 406-450-1097
 – TBD, Kalispell, MT 406-250-1265
 – Kim Annis, Libby, MT 406-293-4161 x207
 – James Jonkel, Missoula, MT 406-542-5508 or 406-544-1447
 – Kylie Kembel, Red Lodge, MT 406-850-1131
 – Chad White, Choteau, MT 406-466-5100
 – Eli Hampson, Missoula, MT 406-210-3213
 – In an actual emergency, phone 9-1-1. Seeing a grizzly is not necessarily a reportable encounter or an emergency. Report encounters where the bear displayed aggressive or defensive behavior toward people, livestock or pets.

For more information visit:
**fwp.mt.gov/fishAndWildlife/livingWithWildlife/beBearAware/**

General Information

## Recognizing A Wolf



**Coyote**

- 1.5 feet tall
- 4 feet long
- 30-40 pounds
- Narrow snout
- Pointed ears

- Color light gray to brown
- Track 2.5 inches wide, 2 to 2.5 inches long
- Claws evident

**Wolf**

- 2.5 feet tall
- 5-6 feet long
- 70-120 pounds
- Broad snout
- Round ears

- Color light gray to black
- Long, low howl
- Track 4.5 inches wide, 5 to 5.5 inches long
- Claws evident

## What Should I Know About Wolves in Montana?

General Information

For the latest information about wolves and their management, go to FWP's website at: fwp.mt.gov/hunt/regulations/wolf.

### Wolves and Game Animals

- Wolves eat deer, elk, and other game animals. In Montana, elk numbers in some areas have declined and so has hunter opportunity, due in part to wolf activity. Yet in other areas where wolves and elk interact, elk numbers are stable or increasing.
- When wolves are in an area, deer and elk use their habitats differently, often seeking greater cover. Hunters may need to adjust their strategies.
- FWP is increasing monitoring and research efforts to learn more about how wolves and game animals interact in different places, and what that means for hunters.

### Montana Wolf Basics

- Pack territories can cover 200 square miles or more.
- Packs range from two to 14 animals, averaging about six.
- Wolves often travel separately or in smaller groups.
- Wolves travel widely throughout their territory in the fall.
- Wolves travel on roads and trails regularly.

### Hunters Can Help FWP Monitor Wolves

Information provided by hunters during the annual harvest survey will help in the management of wolves. Your information helps FWP know more about wolf numbers and distribution in Montana.

### To Report a Dead Wolf or Possible Unlawful Activity, Contact:

- Montana Fish, Wildlife & Parks:
  1-800-TIP-MONT (1-800-847-6668)

Paid Advertisement
Appears only in publication printed
and distributed by FWP

Paid Advertisement
Appears only in publication printed
and distributed by FWP

## Moose • Bighorn Sheep • Mountain Goat Drawing Statistics

**Drawing Statistics**

The statistics on this page are from the 2021 Drawings. The final license/permit quotas may differ from the quotas reflected in the 2022 printed regulations. The quotas listed in the printed regulations are the "proposed" quotas as adopted at the February F&W Commission meeting. The F&W Commission final-adopted quotas in July are based on winter and spring survey efforts and are the final quotas used to complete the actual drawing. These statistics reflect combined resident and nonresident first choice districts. These statistics do not reflect the use of bonus points or the nonresident limit of no more than 10% of the quota of licenses. For more detailed statistics on resident/nonresident numbers and district-specific bonus point information, visit our website at **myfwp.mt.gov/fwpPub/drawingStatistics**

Key:

LPT = License/Permit Type. The first three digits most often represent the hunting district number.
Apps = Total number of resident and nonresident 1st-choice applicants.
Succ = Total number of resident and nonresident 1st-choice applicants that were successful.
% Succ = Percentage of resident and nonresident 1st-choice applicants that were successful.

### MOOSE

| LPT | Apps | Succ | % Succ | LPT | Apps | Succ | % Succ |
|---|---|---|---|---|---|---|---|
| 100-50 | 687 | 12 | 1.75 | 319-50 | 166 | 1 | 0.6 |
| 101-50 | 524 | 12 | 2.29 | 320-00 | 172 | 3 | 1.74 |
| 102-50 | 511 | 8 | 1.57 | 320-50 | 715 | 4 | 0.56 |
| 103-50 | 193 | 3 | 1.55 | 322-50 | 126 | 2 | 1.59 |
| 104-50 | 133 | 5 | 3.76 | 323-00 | 159 | 7 | 4.4 |
| 105-50 | 393 | 12 | 3.05 | 323-50 | 656 | 7 | 1.07 |
| 106-50 | 799 | 12 | 1.5 | 324-00 | 42 | 1 | 2.38 |
| 110-50 | 700 | 10 | 1.43 | 324-20 | 62 | 1 | 1.61 |
| 111-50 | 890 | 10 | 1.12 | 324-50 | 493 | 4 | 0.81 |
| 112-50 | 304 | 3 | 0.99 | 325-00 | 60 | 2 | 3.33 |
| 121-50 | 240 | 2 | 0.83 | 325-50 | 425 | 5 | 1.18 |
| 122-50 | 665 | 4 | 0.6 | 326-50 | 389 | 5 | 1.29 |
| 125-50 | 511 | 3 | 0.59 | 327-50 | 211 | 3 | 1.42 |
| 126-50 | 129 | 1 | 0.78 | 329-50 | 132 | 2 | 1.52 |
| 140-50 | 122 | 2 | 1.64 | 330-00 | 89 | 2 | 2.25 |
| 141-50 | 138 | 2 | 1.45 | 330-50 | 468 | 3 | 0.64 |
| 150-50 | 65 | 1 | 1.54 | 331-00 | 155 | 6 | 3.87 |
| 210-50 | 650 | 4 | 0.62 | 331-50 | 1506 | 8 | 0.53 |
| 211-50 | 251 | 2 | 0.8 | 332-00 | 97 | 6 | 6.19 |
| 213-50 | 417 | 4 | 0.96 | 332-50 | 985 | 8 | 0.81 |
| 214-50 | 138 | 1 | 0.72 | 333-00 | 34 | 2 | 5.88 |
| 215-50 | 183 | 1 | 0.55 | 333-50 | 214 | 2 | 0.93 |
| 220-50 | 301 | 3 | 1 | 334-00 | 149 | 8 | 5.37 |
| 230-50 | 637 | 4 | 0.63 | 334-50 | 1626 | 7 | 0.43 |
| 240-50 | 206 | 3 | 1.46 | 335-50 | 197 | 2 | 1.02 |
| 261-50 | 193 | 2 | 1.04 | 340-00 | 80 | 2 | 2.5 |
| 270-50 | 489 | 3 | 0.61 | 340-50 | 579 | 4 | 0.69 |
| 280-50 | 51 | 1 | 1.96 | 341-50 | 231 | 3 | 1.3 |
| 285-50 | 151 | 1 | 0.66 | 343-50 | 190 | 1 | 0.53 |
| 291-50 | 59 | 1 | 1.69 | 350-50 | 118 | 2 | 1.69 |
| 292-50 | 162 | 2 | 1.23 | 361-51 | 196 | 4 | 2.04 |
| 293-50 | 536 | 2 | 0.37 | 380-00 | 102 | 3 | 2.94 |
| 300-00 | 134 | 2 | 1.49 | 380-50 | 1133 | 5 | 0.44 |
| 300-50 | 1684 | 6 | 0.36 | 382-50 | 109 | 2 | 1.83 |
| 301-00 | 64 | 2 | 3.12 | 390-50 | 249 | 2 | 0.8 |
| 301-50 | 398 | 4 | 1.01 | 398-50 | 213 | 3 | 1.41 |
| 302-00 | 42 | 1 | 2.38 | 401-20 | 235 | 2 | 0.85 |
| 302-50 | 160 | 2 | 1.25 | 415-50 | 87 | 1 | 1.15 |
| 303-00 | 70 | 1 | 1.43 | 441-20 | 297 | 1 | 0.34 |
| 303-50 | 435 | 3 | 0.69 | 447-50 | 180 | 1 | 0.56 |
| 309-50 | 153 | 1 | 0.65 | 494-20 | 889 | 4 | 0.45 |
| 310-50 | 484 | 1 | 0.21 | 496-20 | 745 | 4 | 0.54 |
| 311-50 | 410 | 5 | 1.22 | 513-50 | 204 | 1 | 0.49 |
| 312-50 | 573 | 4 | 0.7 | 514-50 | 1166 | 6 | 0.51 |
| 314-50 | 148 | 2 | 1.35 | 516-50 | 246 | 2 | 0.81 |
| 315-50 | 237 | 2 | 0.84 | 600-20 | 1268 | 9 | 0.71 |

### BIGHORN SHEEP

| LPT | Apps | Succ | % Succ |
|---|---|---|---|
| 100-20 | 558 | 4 | 0.72 |
| 102-20 | 171 | 1 | 0.58 |
| 121-20 | 463 | 1 | 0.22 |
| 123-20 | 933 | 4 | 0.43 |
| 124-20 | 1243 | 6 | 0.48 |
| 124-30 | 51 | 2 | 3.92 |
| 203-20 | 942 | 3 | 0.32 |
| 203-30 | 73 | 2 | 2.74 |
| 210-20 | 297 | 1 | 0.34 |
| 212-20 | 287 | 1 | 0.35 |
| 214-60 | 859 | 2 | 0.23 |
| 216-20 | 293 | 1 | 0.34 |
| 216-30 | 33 | 1 | 3.03 |
| 250-20 | 166 | 2 | 1.2 |
| 250-60 | 91 | 1 | 1.1 |
| 261-20 | 377 | 2 | 0.53 |
| 270-20 | 1006 | 3 | 0.3 |
| 300-60 | 88 | 88 | 100 |
| 301-20 | 701 | 7 | 1 |
| 302-20 | 503 | 6 | 1.19 |
| 303-60 | 74 | 74 | 100 |
| 304-20 | 95 | 1 | 1.05 |
| 330-10 | 425 | 1 | 0.24 |
| 340-20 | 816 | 1 | 0.12 |
| 380-10 | 435 | 1 | 0.23 |
| 421-20 | 679 | 1 | 0.15 |
| 422-20 | 695 | 3 | 0.43 |
| 423-20 | 224 | 2 | 0.89 |
| 424-20 | 659 | 2 | 0.3 |
| 441-20 | 149 | 1 | 0.67 |
| 455-20 | 473 | 2 | 0.42 |
| 482-20 | 6778 | 20 | 0.3 |
| 482-30 | 194 | 20 | 10.31 |
| 500-60 | 70 | 70 | 100 |
| 501-60 | 65 | 65 | 100 |
| 502-60 | 54 | 54 | 100 |
| 503-20 | 352 | 3 | 0.85 |
| 620-20 | 357 | 1 | 0.28 |
| 622-20 | 4363 | 10 | 0.23 |
| 622-30 | 118 | 20 | 16.95 |
| 680-20 | 7425 | 25 | 0.34 |
| 680-30 | 139 | 40 | 28.78 |
| 680-31 | 83 | 40 | 48.19 |

### MOUNTAIN GOAT

| LPT | Apps | Succ | % Succ |
|---|---|---|---|
| 100-20 | 968 | 2 | 0.21 |
| 101-20 | 209 | 1 | 0.48 |
| 133-20 | 217 | 1 | 0.46 |
| 140-20 | 518 | 1 | 0.19 |
| 142-20 | 111 | 1 | 0.9 |
| 150-20 | 177 | 1 | 0.56 |
| 240-20 | 736 | 1 | 0.14 |
| 312-20 | 719 | 1 | 0.14 |
| 313-20 | 2892 | 15 | 0.52 |
| 313-30 | 129 | 5 | 3.88 |
| 314-20 | 1933 | 30 | 1.55 |
| 316-20 | 542 | 12 | 2.21 |
| 320-20 | 798 | 3 | 0.38 |
| 323-20 | 1773 | 38 | 2.14 |
| 324-20 | 388 | 6 | 1.55 |
| 325-20 | 265 | 6 | 2.26 |
| 326-20 | 171 | 2 | 1.17 |
| 327-20 | 157 | 2 | 1.27 |
| 329-20 | 515 | 15 | 2.91 |
| 330-20 | 141 | 1 | 0.71 |
| 331-20 | 676 | 3 | 0.44 |
| 350-20 | 860 | 1 | 0.12 |
| 361-20 | 124 | 3 | 2.42 |
| 362-20 | 316 | 6 | 1.9 |
| 393-20 | 2603 | 6 | 0.23 |
| 415-20 | 195 | 1 | 0.51 |
| 447-20 | 1278 | 1 | 0.08 |
| 453-20 | 406 | 1 | 0.25 |
| 514-20 | 198 | 2 | 1.01 |
| 517-20 | 524 | 4 | 0.76 |
| 518-20 | 445 | 3 | 0.67 |
| 519-20 | 69 | 1 | 1.45 |
| 521-20 | 160 | 4 | 2.5 |

Reference map shows moose hunting districts' orientation within the State of Montana. Darker districts indicate new or changed boundaries.

**Moose District Maps**

Closed to hunting

Closed to hunting for game animals

Map only intended as a guide - please refer to the legal descriptions for actual boundaries

28

Turn in Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

Reference map shows moose hunting districts' orientation within the State of Montana. Darker districts indicate new or changed boundaries.

Moose District Maps

Closed to hunting

Closed to hunting for game animals

Circled numbers indicate districts with boundaries that may be difficult to locate on this reference map.



2022 Moose • Sheep • Goat • Bison

Map only intended as a guide - please refer to the legal descriptions for actual boundaries

Visit fwp.mt.gov

29

## Moose Specific Information

**Definitions**
- Antlered Bull - any moose having an antler or antlers of at least four inches in length measured from the top of the skull.
- Antlerless - a female or juvenile male with an antler or antlers less than four inches in length measured from the top of the skull. FWP suggests hunters not take a moose with a calf at side.
- Either sex - any moose.

**Licenses and General Information**
- An applicant who receives a moose license is not eligible to apply for or receive another license for moose for the next succeeding 7 years (see 7 Year Wait chart).
- License holders may legally take one moose subject to all specifications on the license issued.

| 7 Year Wait ||
|---|---|
| Year License Drawn | Year May Reapply |
| 2014 | 2022 |
| 2015 | 2023 |
| 2016 | 2024 |
| 2017 | 2025 |
| 2018 | 2026 |
| 2019 | 2027 |
| 2020 | 2028 |
| 2021 | 2029 |

**Moose License Auction**
- Legislation authorizes the Fish & Wildlife Commission to provide for the auction of one moose license each year. This license authorizes the hunter to take an antlered bull moose in any open district of his/her choice. If this license holder is successful, the moose will not be counted against the district quota. License holders may hunt only in areas open to moose hunting.
- The auction is held annually during the winter by a conservation organization that is preselected by the F&W Commission.
- Money raised through the license auction is used for management of moose.

**SuperTag Lottery for Moose**



- Resident and nonresident hunters can buy an unlimited number of $5 chances to win a Montana hunting license for antelope, bighorn sheep, bison, deer, elk, moose, mountain goat and/or mountain lion.
- An individual may be successful in winning one or a combination of these SuperTags per year.
- Each SuperTag license allows one to hunt in any Montana hunting district valid for that species.
- The moose, bighorn sheep and mountain goat 7-year waiting period does not apply to SuperTags.
- Chances are sold electronically at all FWP License Providers or via the Internet.
- Proceeds from the sale of SuperTag chances will enhance public hunting access and boost FWP enforcement efforts.
- For more information, visit FWP's website at **fwp.mt.gov**.

## Moose HD Regulations

Residents are eligible to apply for any of the following licenses. Nonresidents are restricted to certain districts. Nonresidents are limited to, but not guaranteed, 10 percent of a region's quota. **Districts where nonresidents may apply are listed on the moose, bighorn sheep and mountain goat nonresident worksheet, but may change when final quotas are set in June.**

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Season Dates | Opportunity Specific Information and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 1** | | | | | | |
| 100 - West Yaak | 100-50 | Antlered Bull | May 1 | 12 | Sep 15-Nov 27 | |
| 101 - Purcell | 101-50 | Antlered Bull | May 1 | 12 | Sep 15-Nov 27 | |
| 102 - Eureka | 102-50 | Antlered Bull | May 1 | 8 | Sep 15-Nov 27 | |
| 103 - Ten Lakes | 103-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| 104 - West Cabinet Mountains | 104-50 | Antlered Bull | May 1 | 5 | Sep 15-Nov 27 | |
| NOTE: Limited access may make moose difficult to find. | | | | | | |
| 105 - East Cabinet Mountains | 105-50 | Antlered Bull | May 1 | 12 | Sep 15-Nov 27 | |
| 106 - Fisher River | 106-50 | Antlered Bull | May 1 | 12 | Sep 15-Nov 27 | |
| NOTE: HD 106 Check Restricted Area Legal Description (p 18-20) Libby Big Game Archery Only Hunting Area | | | | | | |
| 110 - North Fork | 110-50 | Antlered Bull | May 1 | 10 | Sep 15-Nov 27 | |
| 111 - Tally Lake | 111-50 | Antlered Bull | May 1 | 10 | Sep 15-Nov 27 | |
| NOTE: HD 111 Check Restricted Area Legal Description (p 18-20) Flathead Weapons Restriction Area | | | | | | |

Moose

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Season Dates | Opportunity Specific Information and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 1 Continued** | | | | | | |
| 112 - Blacktail | 112-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| NOTE: HD 112 Check Restricted Area Legal Description (p 18-20) Flathead Weapons Restriction Area | | | | | | |
| 121 - West Clark Fork | 121-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 122 - Thompson River | 122-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 125 - Black Peak | 125-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| 126 - CC Divide | 126-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 140 - Lower South Fork | 140-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 141 - Middle Fork | 141-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 141 Check Restricted Area Legal Description (p 18-20) BNSF right-of-way from Marias Pass to the Java Creek Bridge | | | | | | |
| 150 - Upper South Fork | 150-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| **Region 2** | | | | | | |
| 210 - Lower Rock Creek-Schwartz Creek | 210-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 211 - Upper Rock Creek | 211-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 213 - Flint Creek Range | 213-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| NOTE: HD 213 Check Restricted Area Legal Description (p 18-20) Grant Kohrs Ranch near Deer Lodge; Prison Ranch Archery Only Area | | | | | | |
| 214 - Mill Creek-Georgetown Lake | 214-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 215 - East Deer Lodge | 215-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 220 - South Superior | 220-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| 230 - Lolo - Fish Creek | 230-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 240 West Bitterroot | 240-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| NOTE: HD 240 Check Restricted Area Legal Description (p 18-20) Lee Metcalf Refuge NOTE: HD 240 Boundary Change | | | | | | |
| 261 - East Bitterroot | 261-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 261 Check Restricted Area Legal Description (p 18-20) Lee Metcalf Refuge | | | | | | |
| 270 - East Fork Bitterroot | 270-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| NOTE: HD 270 Boundary Change | | | | | | |
| 280 - North Blackfoot | 280-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 285 - Lower Blackfoot | 285-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| NOTE: HD 285 Check Restricted Area Legal Description (p 18-20) Seeley Lake Game Preserve is closed to all hunting | | | | | | |
| 292 - Garnet Range | 292-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 292 Boundary Change NOTE: HD 292 Check Restricted Area Legal Description (p 18-20) East Ovando Archery-only Area | | | | | | |
| 293 - Upper Blackfoot | 293-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 293 Check Restricted Area Legal Description (p 18-20) Lincoln Closed Area | | | | | | |
| **Region 3** | | | | | | |
| 300 - Medicine Lodge-Lima Peaks | 300-00 | Antlerless | May 1 | 2 | Sep 15-Nov 27 | |
| | 300-50 | Antlered Bull | May 1 | 6 | Sep 15-Nov 27 | |
| 301 - Horse Prairie | 301-00 | Antlerless | May 1 | 2 | Sep 15-Nov 27 | |
| | 301-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 302 - East Big Hole | 302-00 | Antlerless | May 1 | 1 | Sep 15-Nov 27 | |
| | 302-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |

**Moose**

**Moose**

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Season Dates | Opportunity Specific Information and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 3 Continued** | | | | | | |
| 303 - Crazy Mountains | 303-00 | Antlerless | May 1 | 1 | Sep 15-Nov 27 | |
| | 303-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| 310 - Upper Gallatin | 310-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| NOTE: HD 310 Boundary Change | | | | | | |
| 311 - Spanish Peaks | 311-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 311 Boundary Change<br>NOTE: HD 311 Check Restricted Area Legal Description (p 18-20) Gallatin Valley Weapons Restriction Area | | | | | | |
| 312 - Bridger | 312-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| NOTE: HD 312 Check Restricted Area Legal Description (p 18-20) Gallatin Valley Weapons Restriction Area; Yellowstone River Islands restricted to ArchEquip Only | | | | | | |
| 313 - Hyalite-Portal | 313-50 | Antlered Bull | May 1 | 6 | Sep 15-Nov 27 | |
| NOTE: HD 313 Boundary Change<br>NOTE: HD 313 Check Restricted Area Legal Description (p 18-20) Gallatin Valley Weapons Restriction Area | | | | | | |
| 314 - Upper Yellowstone-West | 314-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | Beattie Gulch portion of HD 314 as posted, subject to closure to all hunting on 24-hour notice. |
| NOTE: HD 314 Boundary Change<br>NOTE: HD 314 Check Restricted Area Legal Description (p 18-20) Beattie Gulch: Subject to closure of all hunting with 24 hours notice | | | | | | |
| 319 - Fleecer | 319-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 320 - Tobacco Roots | 320-00 | Antlerless | May 1 | 3 | Sep 15-Nov 27 | |
| | 320-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| NOTE: HD 320 Boundary Change | | | | | | |
| 322 - Upper Stillwater | 322-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 322 Check Restricted Area Legal Description (p 18-20) Cooke City Moose Closure Area | | | | | | |
| 323 - South Big Hole | 323-00 | Antlerless | May 1 | 7 | Sep 15-Dec 15 | |
| | 323-50 | Antlered Bull | May 1 | 7 | Sep 15-Dec 15 | |
| 324 - Wise River-Grasshop | 324-00 | Antlerless | May 1 | 1 | Sep 15-Nov 27 | |
| | 324-20 | Either-sex | May 1 | 1 | Nov 15-Dec 15 | Only valid in Grasshopper Drainage portion of HD. |
| | 324-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| NOTE: HD 324 Check Restricted Area Legal Description (p 18-20) Poindexter Slough FAS south of Dillon | | | | | | |
| 325 - Seymour-Deep Creek | 325-00 | Antlerless | May 1 | 2 | Sep 15-Nov 27 | |
| | 325-50 | Antlered Bull | May 1 | 5 | Sep 15-Nov 27 | |
| 326 - North Fork Big Hole | 326-50 | Antlered Bull | May 1 | 5 | Sep 15-Nov 27 | |
| 327 - Ruby Creek-Yank Swamp | 327-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| 329 - Upper Yellowstone East | 329-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 330 - Gravelly - Ruby | 330-00 | Antlerless | May 1 | 8 | Sep 15-Nov 27 | |
| | 330-50 | Antlered Bull | May 1 | 11 | Sep 15-Nov 27 | |
| NOTE: HD 330 Boundary Change | | | | | | |
| 332 - Blacktail - Centennial | 332-00 | Antlerless | May 1 | 8 | Sep 15-Nov 27 | |
| | 332-50 | Antlered Bull | May 1 | 10 | Sep 15-Nov 27 | |
| NOTE: Boundary Change<br>NOTE: HD 332 Check Restricted Area Legal Description (p 18-20) Poindexter Slough FAS south of Dillon | | | | | | |

Turn In Poachers.  Enough is Enough!  Make the call: 1-800-TIP-MONT (1-800-847-6668)

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Season Dates | Opportunity Specific Information and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 3 Continued** | | | | | | |
| 334 - Red Rock-Odell | 334-00 | Antlerless | May 1 | 8 | Nov 15-Dec 15 | |
| | 334-50 | Antlered Bull | May 1 | 7 | Sep 15-Nov 27 | Red Rock Lakes NWR closed to Moose hunting until Oct. 15 |
| NOTE: Red Rock Lakes NWR - Area Map and Rules available at 406-276-3536 | | | | | | |
| 335 - Helena-South | 335-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 340 - Highlands | 340-00 | Antlerless | May 1 | 2 | Sep 15-Nov 27 | |
| | 340-50 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 341 - High Rye | 341-50 | Antlered Bull | May 1 | 3 | Sep 15-Nov 27 | |
| 343 - Helena - North | 343-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 350 - Whitetail-Bull Mountains | 350-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 360 - East Madison | 360-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 360 Boundary Change<br>NOTE: HD 360 Check Restricted Area Legal Description (p 18-20) Ennis Airport Weapons Restriction Area; Jeffers Weapons Restriction Area | | | | | | |
| 361 - Hebgen-Upper Madison | 361-51 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 380 - Radersburg | 380-00 | Antlerless | May 1 | 3 | Sep 15-Nov 27 | |
| | 380-50 | Antlered Bull | May 1 | 5 | Sep 15-Nov 27 | |
| NOTE: HD 380 Check Restricted Area Legal Description (p 18-20) Muskrat Valley Weapons Restriction Area: Restricted to archery, shotgun, traditional handgun or muzzleloader; Townsend Weapons Restriction Area | | | | | | |
| 382 - Butte-Basin | 382-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| 390 - West Big Belt Mountains | 390-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| NOTE: HD 390 Check Restricted Area Legal Description (p 18-20) Townsend Weapons Restriction Area | | | | | | |
| **Region 4** | | | | | | |
| 401 - Sweet Grass Hills | 401-20 | Either-sex | May 1 | 2 | Sep 15-Nov 27 | |
| 415 - Summit-North Fork Birch Creek | 415-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 422 - S. Rocky Mtn. Front | 422-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 441 - N. Rocky Mtn. Front | 441-20 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 447 - Highwood Mountains | 447-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 494 - East Big Belt-West Little Belt Mountains | 494-20 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| 496 - East Little Belt-Castles-Snowy Mountains | 496-20 | Antlered Bull | May 1 | 4 | Sep 15-Nov 27 | |
| **Region 5** | | | | | | |
| 513 - Fishtail-Fiddler Creek-Stillwater | 513-50 | Antlered Bull | May 1 | 1 | Sep 15-Nov 27 | |
| 514 - Rock Creek | 514-50 | Antlered Bull | May 1 | 6 | Sep 15-Nov 27 | |
| 516 - Boulder | 516-50 | Antlered Bull | May 1 | 2 | Sep 15-Nov 27 | |
| **Region 6** | | | | | | |
| 600 - Hi-Line | 600-20 | Either-sex | May 1 | 9 | Sep 15-Nov 27 | |

**Moose**



Reference map shows bighorn sheep hunting districts' orientation within the State of Montana. Darker districts indicate new or changed boundaries.

Closed to hunting

Closed to hunting for game animals

Circled numbers indicate districts with boundaries that may be difficult to locate on this reference map.

**Bighorn Sheep Districts Map**

Map only intended as a guide - please refer to the legal descriptions for actual boundaries

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

Reference map shows bighorn sheep hunting districts' orientation within the State of Montana. Darker districts indicate new or changed boundaries.

**Bighorn Sheep District Maps**

Closed to hunting

Closed to hunting for game animals



Circled numbers indicate districts with boundaries that may be difficult to locate on this reference map.

Map only intended as a guide - please refer to the legal descriptions for actual boundaries

## Bighorn Sheep Specific Information

### Definition
- Adult ewe - a female bighorn sheep - one year old or older. Lambs (young of year) are not included.
- Any ram – a male bighorn sheep – one year old or older
- Either sex - any sheep.
- Legal ram - see below.

## Judging A "Legal Ram" 3/4 Curl

- When a straight line extending from the front base of the horn through any portion of the eye opening intercepts any portion of the horn, the ram is legal. If the horn is not long enough to be intercepted by the line, the ram is not legal.
- Base of the horn shall be considered as the point where the horn meets the hairline of the head. See illustration to the right.
- Determination of a legal ram should be made from a broadside view of the head.

### Licenses & General Information
- License holders may legally take one bighorn sheep subject to all specifications on the license issued.
- A person may recover and possess the horn or horns and attached skull, or a portion thereof, of a mountain sheep that died of natural causes. A person may not possess these parts of a mountain sheep if the mountain sheep was purposefully or accidentally killed, captured, or taken, including being struck by a vehicle. Horns and skulls recovered must be reported to the department within 48 hours and presented to the department for inspection and placement of a permanent pin in a horn within 10 days. The fee for the pin is $25. Horns and skulls found in state parks may not be recovered or possessed.
- There are limited and unlimited bighorn sheep licenses:
  - Limited Licenses - A limited bighorn sheep license is awarded only through the special drawing and is designed to limit the number of hunters in a specific hunting district(s). Hunters may apply for one limited license area only and it must be their first and only district choice, with the exception of an adult ewe which may be listed as a second district choice.
  - An applicant who receives a limited either-sex or legal ram license is not eligible to apply for or receive another either-sex or legal ram bighorn sheep license for the next succeeding seven years. (See 7 Year Wait chart regarding limited either sex or legal ram bighorn sheep licenses).
  - An applicant who is successful in obtaining a limited ewe license (first or second choice) is not restricted to the seven-year waiting period.

| 7 Year Wait | |
|---|---|
| Year License Drawn | Year May Reapply |
| 2014 | 2022 |
| 2015 | 2023 |
| 2016 | 2024 |
| 2017 | 2025 |
| 2018 | 2026 |
| 2019 | 2027 |
| 2020 | 2028 |
| 2021 | 2029 |

- Unlimited Licenses - Unlimited bighorn sheep licenses have no limit on the number of licenses sold but there is a limit of one per hunter. These licenses may be available from License Providers, including FWP Online Licensing, or the hunter has the option of applying by the May 1 deadline through the drawing process.
- Unlimited bighorn sheep licenses are available in districts 300, 303, 500, 501, and 502.
- An unlimited bighorn sheep license purchased through the special drawing must be listed as your first and only district choice.
- Unlimited bighorn sheep license districts have harvest quotas and can close a few days after the opening date.
- Licenses are nonrefundable, and a hunter may not change the selected hunting district even if a district closes before the hunter has participated in a hunt.
- An applicant who receives an unlimited legal ram license and harvests a legal ram is not eligible to receive or apply for another bighorn sheep license for the following seven years.
- Unlimited bighorn sheep hunting districts are assigned a harvest quota. Unlimited bighorn sheep license hunting districts will close on a 48-hour notice. When the quota is reached or approached, the bighorn sheep season in that district will close. Any ram harvested by a hunter will be counted against the quota.
- Current quota status may be obtained by calling the appropriate FWP Regional Headquarters during normal business hours or 1-800-385-7826 or 406-444-1989.
- The department makes an attempt, through news releases and back-country contacts, to inform hunters of bighorn sheep hunting district closures. However, it is the hunter's responsibility to be aware of season status.

### Archery Season
The Archery Only Season is only for limited entry bighorn sheep hunting districts and will run prior to the start of any district's general bighorn sheep season opener.  There is no Archery Only Season in CLOSED or unlimited entry districts.  A Bow and Arrow (archery) License is required. See page 14 for a description of legal archery equipment.

### SuperTag Lottery for Bighorn Sheep
- Resident and nonresident hunters can buy an unlimited number of $5 chances to win a Montana hunting license for antelope, bighorn sheep, bison, deer, elk, moose, mountain goat and/or mountain lion.



- An individual may be successful in winning one or a combination of these SuperTags per year.
- Each SuperTag license allows the license holder to hunt in any Montana hunting district valid for that species.
- The moose, bighorn sheep and mountain goat 7-year waiting period does not apply to SuperTags.
- Chances are sold electronically at all FWP License Providers or via the Internet.
- Proceeds from the sale of SuperTag chances will enhance public hunting access and boost FWP enforcement efforts.
- For more information, visit FWP's website at **fwp.mt.gov**.

### Bighorn Sheep License Auction
- Legislation authorizes the F&W Commission to provide for the auction of one bighorn sheep license each year. This license authorizes the hunter to take a "legal" or greater ram in any open district of his/her choice. If this license holder is successful, the bighorn sheep will not be counted against the hunting district quota. License holders may only hunt in areas open to hunting (i.e., if an unlimited area closes due to reaching the quota, the license holder may not hunt in that area).
- The auction is held annually during the winter by a conservation organization that is preselected by the F&W Commission.
- Money raised through the bighorn sheep license auction is used for management of bighorn sheep.

**Bighorn Sheep**

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

## Bighorn Sheep Mandatory Reporting and Checking Requirements

- A hunter harvesting a bighorn ram must personally present the complete head and cape intact within 48 hours to any FWP office, game warden, or designated employee. In the Missouri Breaks (Region 6 and HD 482) and in unlimited districts, the harvested sheep must be presented in the administrative region where the bighorn ram was taken. See page 42 for FWP office phone numbers.
- A hunter harvesting a bighorn sheep with a license valid for a "legal ram" must not alter the head and horns so as to affect determination of legality.
- Bighorn ram horns greater than one-half curl must be plugged or pinned at any FWP office within 10 days after harvest. A listing of designated personnel and phone numbers will be provided to all bighorn sheep license holders.

## Bighorn Sheep HD Regulations

Residents are eligible to apply for any of the following licenses. Nonresidents are restricted to certain districts. Nonresidents are limited to, but not guaranteed, 10 percent of a region's quota. **Districts where nonresidents may apply are listed on the moose, bighorn sheep and mountain goat nonresident worksheet, but may change when final quotas are set in June.**

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Archery Only Season Dates | Season Dates | Opportunity Specific Details and/or Restrictions |
|---|---|---|---|---|---|---|---|
| **Region 1** | | | | | | | |
| 100 - Kootenai Falls | 100-20 | Either-sex | May 1 | 5 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 102 - Galton Range | 102-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 121 - North Clark Fork | 121-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 122 - Clark Fork Cutt-Off | 122-20 | Any Ram | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 123 - Cabinet Mountains | 123-20 | Either-sex | May 1 | 4 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 124 - Paradise | 124-20 | Either-sex | May 1 | 6 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| | 124-30 | Adult Ewe | May 1 | 2 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| **Region 2** | | | | | | | |
| 203 - Grave Creek Range | 203-20 | Either-sex | May 1 | 3 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 210 - John Long Range | 210-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 214 - South Flint Range | 214-60 | Legal Ram | May 1 | 2 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 250 - West Fork Bitterroot | 250-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | Valid in portion of HD south of Nez Perce Rd and West Fork Rd. |
| **NOTE: Boundary Change** | | | | | | | |
| 261 - Skalkaho | 261-20 | Either-sex | May 1 | 2 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 270 - East Fork Bitterroot | 270-20 | Either-sex | May 1 | 3 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| **Region 3** | | | | | | | |
| 300 - Gallatin-Yellowstone | 300-60 | Legal Ram | May 1 | Unlimited | - | Sep 01-Sep 10 | Harvest quota = 2. |

NOTE: Any person harvesting a Bighorn Sheep in this Hunting District must personally report their harvest by calling the Harvest Reporting Line at 1-877-FWP-WILD (397-9453) or (406) 444-0356 or through the MYFWP portal at fwp.mt.gov within 48 hours of the kill. When the quota is reached or approached, the bighorn sheep season in this district will close. For Quota Status call 1-800-385-7826 or (406) 444-1989.

| 301 - Spanish Peaks | 301-20 | Either-sex | May 1 | 7 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 302 - Hilgards | 302-20 | Either-sex | May 1 | 6 | Sep 03-Sep 14 | Sep 15-Oct 31 | This is a remote backcountry unit. Access may be difficult. |
| 303 - South Absaroka | 303-60 | Legal Ram | May 1 | Unlimited | - | Sep 15-Oct 31 | Harvest quota = 2. Deckard Flats-Eagle Crk portion of HD 303 as posted, subject to closure to all hunting on 24-hour notice. |

NOTE: Any person harvesting a Bighorn Sheep in this Hunting District must personally report their harvest by calling the Harvest Reporting Line at 1-877-FWP-WILD (397-9453) or (406) 444-0356 or through the MYFWP portal at fwp.mt.gov within 48 hours of the kill. When the quota is reached or approached, the bighorn sheep season in this district will close. For Quota Status call 1-800-385-7826 or (406) 444-1989. NOTE: HD 303 Check Restricted Area Legal Description (p 18-20) Gardiner closed to all hunting of big game

**Bighorn Sheep**

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Archery Only Season Dates | Season Dates | Opportunity Specific Details and/or Restrictions |
|---|---|---|---|---|---|---|---|
| **Region 3 Continued** | | | | | | | |
| 304 - Hyalite | 304-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | This is a remote backcountry unit. Access may be difficult. |
| NOTE: HD 304 Check Restricted Area Legal Description (p 18-20) Gallatin Valley Weapons Restriction Area | | | | | | | |
| 330 - Greenhorn Mountains | 330-10 | Any Ram | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 340 - Highland | 340-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 380 - Radersburg | 380-10 | Any Ram | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| NOTE: HD 380 Check Restricted Area Legal Description (p 18-20): Muskrat Valley Weapons Restriction Area (Restricted to archery, shotgun, traditional handgun or muzzleloader); Townsend Weapons Restriction Area<br>NOTE: Boundary Change | | | | | | | |
| **Region 4** | | | | | | | |
| 421 - Deep Creek | 421-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 422 - Castle Reef | 422-20 | Either-sex | May 1 | 3 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 423 - Gibson Lake North | 423-20 | Either-sex | May 1 | 2 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 424 - Ford Creek | 424-20 | Either-sex | May 1 | 2 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 441 - North Fork Birch Creek-Teton | 441-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 455 - Beartooth WMA-Gates of the Mountains Wilderness Area | 455-20 | Either-sex | May 1 | 2 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| NOTE: HD 455 Check Restricted Area Legal Description (p 18-20) Gates of the Mountains Game Preserve | | | | | | | |
| 482 - Fergus | 482-20 | Either-sex | May 1 | 20 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| | 482-30 | Adult Ewe | May 1 | 40 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| **Region 5** | | | | | | | |
| 500 - Boulder | 500-60 | Legal Ram | May 1 | Unlimited | - | Sep 15-Nov 27 | Harvest quota = 2. |
| NOTE: Any person harvesting a Bighorn Sheep in this Hunting District must personally report their harvest by calling the Harvest Reporting Line at 1-877-FWP-WILD (397-9453) or (406) 444-0356 or through the MYFWP portal at fwp.mt.gov within 48 hours of the kill. When the quota is reached or approached, the bighorn sheep season in this district will close. For Quota Status call 1-800-385-7826 or (406) 444-1989. | | | | | | | |
| 501 - Beartooth Mountains | 501-60 | Legal Ram | May 1 | Unlimited | - | Sep 15-Nov 27 | Harvest quota = 2. |
| NOTE: Any person harvesting a Bighorn Sheep in this Hunting District must personally report their harvest by calling the Harvest Reporting Line at 1-877-FWP-WILD (397-9453) or (406) 444-0356 or through the MYFWP portal at fwp.mt.gov within 48 hours of the kill. When the quota is reached or approached, the bighorn sheep season in this district will close. For Quota Status call 1-800-385-7826 or (406) 444-1989. | | | | | | | |
| 502 - Hellroaring | 502-60 | Legal Ram | May 1 | Unlimited | - | Sep 15-Nov 27 | Harvest quota = 2. |
| NOTE: Any person harvesting a Bighorn Sheep in this Hunting District must personally report their harvest by calling the Harvest Reporting Line at 1-877-FWP-WILD (397-9453) or (406) 444-0356 or through the MYFWP portal at fwp.mt.gov within 48 hours of the kill. When the quota is reached or approached, the bighorn sheep season in this district will close. For Quota Status call 1-800-385-7826 or (406) 444-1989. | | | | | | | |
| 503 - Pryor Mountains | 503-20 | Either-sex | May 1 | 3 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| **Region 6** | | | | | | | |
| 620 - Little Rockies | 620-20 | Either-sex | May 1 | 1 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 622 - Middle Missouri Breaks | 622-20 | Either-sex | May 1 | 10 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| | 622-30 | Adult Ewe | May 1 | 20 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| 680 - Chouteau-Blaine-Phillips | 680-20 | Either-sex | May 1 | 25 | Sep 03-Sep 14 | Sep 15-Nov 27 | |
| | 680-30 | Adult Ewe | May 1 | 40 | Sep 03-Sep 14 | Sep 15-Nov 27 | Only valid east of the Stafford Ferry (Lloyd) Rd. |
| | 680-31 | Adult Ewe | May 1 | 40 | Sep 03-Sep 14 | Sep 15-Nov 27 | Only valid west of the Stafford Ferry (Lloyd) Rd. |
| NOTE: Public access may be difficult and limited. | | | | | | | |

**Bighorn Sheep**

Mtn Goat Districts Map

Closed to hunting

Closed to hunting
for game animals



Reference map shows mountain goat hunting
districts' orientation within the State of Montana.
Darker districts indicate new or changed
boundaries.

2022 Moose • Sheep • Goat • Bison

Map only intended as a guide
– please refer to the legal
descriptions for actual boundaries



Circled numbers indicate districts with
boundaries that may be difficult to
locate on this reference map.

Visit fwp.mt.gov

39

## Mountain Goat Specific Information

### Licenses and General Information

- An applicant who receives a mountain goat license is not eligible to apply for or receive another license for mountain goat for the following 7 years (see 7 Year Wait chart).
- License holders may legally take one mountain goat subject to all specifications on the license issued.
- In Regions 1, 2, and 4 it is unlawful to take a female mountain goat accompanying a kid or a female in a group that contains one or more kids.

| 7 Year Wait | |
|---|---|
| Year License Drawn | Year May Reapply |
| 2014 | 2022 |
| 2015 | 2023 |
| 2016 | 2024 |
| 2017 | 2025 |
| 2018 | 2026 |
| 2019 | 2027 |
| 2020 | 2028 |
| 2021 | 2029 |

## Mountain Goat Mandatory Inspection Requirements

A hunter harvesting a mountain goat must present the complete head with horns attached or the top portion of the skull with horns attached to a department official within 10 days of the date of kill. See page 42 for FWP office phone numbers.

## SuperTag Lottery for Mountain Goat



- Resident and nonresident hunters can buy an unlimited number of $5 chances to win a Montana hunting license for antelope, bighorn sheep, bison, deer, elk, moose, mountain goat and/or mountain lion.
- An individual may be successful in winning one or a combination of these SuperTags per year.
- Each SuperTag license allows one to hunt in any Montana hunting district valid for that species.
- The moose, bighorn sheep and mountain goat 7-year waiting period does not apply to SuperTags.
- Chances are sold electronically at all FWP License Providers or via the Internet.
- Proceeds from the sale of SuperTag chances will enhance public hunting access and boost FWP enforcement efforts.
- For more information, visit FWP's website at fwp. mt.gov.

## Mountain Goat License Auction

- Legislation authorizes the Fish &Wildlife Commission to provide for the auction of one mountain goat license each year. This license authorizes the hunter to take an either-sex mountain goat in any district of his/her choice. If this license holder is successful, the mountain goat will not be counted against the district quota. License holders may hunt only in areas open to mountain goat hunting.
- The auction is held annually during the winter by a conservation organization that is preselected by the F&W Commission.
- Money raised through the license auction is used for management of mountain goat.

## Mountain Goat HD Regulations

Residents are eligible to apply for any of the following licenses. Nonresidents are restricted to certain districts. Nonresidents are limited to, but not guaranteed, 10 percent of a region's quota. **Districts where nonresidents may apply are listed on the moose, bighorn sheep and mountain goat nonresident worksheet, but may change when final quotas are set in July.**

| Hunting Distrtict | License | Opportunity | Apply By Date | Number of Licenses | Season Dates | Opportunity Specific Details and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 1** | | | | | | |
| 100 - Cabinet Mountains | 100-20 | Either-sex | May 1 | 2 | Sep 15-Nov 27 | |
| 101 - West Cabinet Mountains | 101-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 133 - Swan-Clearwater | 133-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 140 - Great Northern | 140-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| NOTE: HD 140 Check Restricted Area Legal Description (p 18-20) BNSF right-of-way from Marias Pass to the Java Creek Bridge | | | | | | |
| 142 - Upper Middle Fork | 142-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 150 - Continental Divide | 150-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| **Region 2** | | | | | | |
| 240 - West Bitterroot | 240-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

Mountain Goat

| Hunting Distrtict | License | Opportunity | Apply By Date | Number of Licenses | Season Dates | Opportunity Specific Details and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 3** | | | | | | |
| 312 - Pioneer | 312-20 | Either-sex | May 1 | 1 | Sep 01-Nov 27 | |
| NOTE: HD 312 Check Restricted Area Legal Description (p 18-20) Poindexter Slough FAS south of Dillon | | | | | | |
| 313 - Crazy Mountains | 313-20 | Either-sex | May 1 | 15 | Sep 01-Nov 27 | |
| | 313-30 | Adult Female | May 1 | 5 | Sep 01-Nov 27 | |
| 314 - Gallatin Range | 314-20 | Either-sex | May 1 | 30 | Sep 01-Nov 27 | |
| NOTE: HD 314 Check Restricted Area Legal Description (p 18-20) Beattie Gulch: Subject to closure of all hunting with 24 hours notice; Gallatin Valley Weapons Restriction Area | | | | | | |
| 316 - Cooke City | 316-20 | Either-sex | May 1 | 12 | Sep 01-Nov 27 | |
| 320 - Tobacco Root Mountains | 320-20 | Either-sex | May 1 | 3 | Sep 01-Nov 27 | |
| 323 - South Absaroka | 323-20 | Either-sex | May 1 | 38 | Sep 01-Nov 27 | |
| NOTE: HD 323 Check Restricted Area Legal Description (p 18-20) Deckard Flats: Subject to closure of all hunting with 24 hours notice; Gardiner closed to hunting of all big game | | | | | | |
| 324 - Spanish Peaks | 324-20 | Either-sex | May 1 | 4 | Sep 01-Nov 27 | |
| 325 - Jack Creek-Indian Creek | 325-20 | Either-sex | May 1 | 6 | Sep 01-Nov 27 | |
| NOTE: HD 325 Check Restricted Area Legal Description (p 18-20) Ennis Airport Weapons Restriction Area | | | | | | |
| 326 - Taylor-Hilgards | 326-20 | Either-sex | May 1 | 4 | Sep 01-Nov 27 | |
| 329 - Hellroaring-Slough Creek | 329-20 | Either-sex | May 1 | 15 | Sep 01-Nov 27 | |
| 330 - North Absaroka | 330-20 | Either-sex | May 1 | 1 | Sep 01-Nov 27 | |
| 331 - Snowcrest Mountains | 331-20 | Either-sex | May 1 | 3 | Sep 01-Nov 27 | |
| 350 - North Big Belt Mountains | 350-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| NOTE: HD 350 Check Restricted Area Legal Description (p 18-20) Gates of the Mountains Game Preserve | | | | | | |
| 361 - Hebgen-Upper Madison | 361-20 | Either-sex | May 1 | 3 | Sep 01-Nov 27 | |
| 362 - Cabin Creek | 362-20 | Either-sex | May 1 | 6 | Sep 01-Nov 27 | |
| 393 - Bridgers | 393-20 | Either-sex | May 1 | 6 | Sep 01-Nov 27 | |
| NOTE: HD 393 Check Restricted Area Legal Description (p 18-20) Gallatin Valley Weapons Restriction Area | | | | | | |
| **Region 4** | | | | | | |
| 415 - Birch Creek | 415-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 442 - South Teton | 442-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 447 - Square Butte | 447-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 453 - South Big Belt Mountains | 453-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| **Region 5** | | | | | | |
| 514 - Line Creek | 514-20 | Either-sex | May 1 | 2 | Sep 15-Nov 27 | |
| 517 - Rock Creek | 517-20 | Either-sex | May 1 | 4 | Sep 15-Nov 27 | |
| 518 - Froze-to-Death | 518-20 | Either-sex | May 1 | 3 | Sep 15-Nov 27 | Only valid south of Forest Service Trail 17 (Mystic Lake to East Rosebud Crk Trail) |
| 519 - Fishtail | 519-20 | Either-sex | May 1 | 1 | Sep 15-Nov 27 | |
| 521 - Two Sisters | 521-20 | Either-sex | May 1 | 4 | Sep 15-Nov 27 | |

**Mountain Goat**

Bison



Reference map shows bison hunting districts' orientation within the State of Montana. Darker districts indicate new or changed boundaries.

385-Absaroka Beartooth

385-Gardiner Basin

Closed to hunting

395-Gallatin Watershed

395-Madison Watershed

Turn in Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

## Bison Specific Information

### Licenses and General Information
- A hunter may hold only one bison license.
- Bison licenses are allotted through a random drawing.
- Hunters must have applied for a bison license by May 1, 2022.
- Successful either-sex bison license applicants:
  - will receive a letter with instructions to view online bison hunter orientation.
  - hunters wishing to use **archery** equipment **MUST** also complete a mandatory archery orientation outlined in the letter sent to successful either-sex applicants.
- Potential second choice hunters will only be contacted in the event of the hunt roster being implemented. Up to 200 second choice state-issued licenses **MAY** be incrementally awarded depending upon bison migration into individual hunting districts. The bison hunt roster is primarily used to issue cow/calf only licenses during the general season, depending on migration. It can also be used for bison damage or management hunts for bull, cow, or calf at any time as needed. All bison second choice applicants are given a roster number. Applicants can visit MyFWP at **fwp.mt.gov** to see their position on the roster. To check the status of the hunt and to see whether the hunt roster has been implemented, please call the bison hotline at 406-577-7889 during the hunt periods.

### Bison Specific Regulations
- To protect public safety and minimize traffic obstructions, no bison hunting is allowed within 100 yards of US HWYs 20, 89, 191, or 287.
- Hunting on national forest lands must follow restrictions in USFS order 36 CFR 261.10 (d) (firearm discharges are prohibited within 150 yards of residence, building, campsite, developed recreation site, or occupied area or across a forest service road or body of water).
- Hunting shall be only by foot or horseback.
- Hunters who harvest a bison shall, upon field dressing the carcass, cut open the rumen and remove and spread its vegetative contents.
- Hunters who harvest a bison near a roadway or any other facility shall remove all unutilized parts of the carcass (entrails, tissues, bones, hides, fetuses, legs, etc.) to an area at least 200 yards from any roadway, dwelling, campground, designated trail or trailhead. These unutilized parts shall be placed in a manner as to be inconspicuous to passersby.
- Bison hunt information is available by calling 1-406-577-7889.

### Firearms (CR)
  - The only means of taking allowed are center-fire rifles and/or archery equipment. Crossbows and muzzleloading black powder rifles are not permitted.
  - Rifles are restricted to center-fire, 150 grain or larger bullet.
  - Hunters wishing to harvest bison with archery equipment must complete the mandatory archery orientation course at: **fwp.mt.gov**

**Mandatory Reporting:** Successful bison hunters must report their harvested bison within 48 hours by calling 1-877-FWP-WILD (1-877-397-9453) or 406-444-0356.

### Information and Recommendations
- Bison can achieve a live weight of up to 2,000 pounds, and can be very difficult for the average person to field dress alone. Participants should bring several people with them, or hire an outfitter to assist with the field dressing and handling of their bison. If participants plan to field dress and load their own animal, axes, knives, saws, and block and tackle may be necessary.
- Due to the bison's immense size and thick hide, palatable meat may spoil quickly without immediate and proper care. It is recommended that bison be skinned and quartered within five hours of the kill. The hide should not be left on the bison overnight, even if it is hanging.

## SuperTag Lottery for Bison



- Resident and nonresident hunters can buy an unlimited number of $5 chances to win a Montana hunting license for antelope, bighorn sheep, bison, deer, elk, moose, mountain goat and/or mountain lion.
- An individual may be successful in winning one or a combination of these SuperTags per year.
- Each SuperTag license allows one to hunt in any Montana hunting district valid for that species.
- The moose, bighorn sheep and mountain goat 7-year waiting period does not apply to SuperTags.
- Chances are sold electronically at all FWP License Providers or via the Internet.
- Proceeds from the sale of SuperTag chances will enhance public hunting access and boost FWP enforcement efforts.
- For more information, visit FWP's website at fwp.mt.gov.

## Common Sense Precautions When Field-Dressing Big Game
- To minimize risk of disease or parasite transmission to humans, follow these proper ways to handle wild meat:
  - Consider every bison to be potentially infected. The results of blood tests show that about 50 percent of the bison are exposed to brucellosis.
  - Always wear protective gloves when dressing carcasses or handling viscera.
  - Minimize contact with animal fluids, brain and spinal tissues.
  - Avoid contact with milk or material from the reproductive tract.
  - Avoid touching your eyes, nose or mouth until you have scrubbed after handling the animal.
  - Individuals with open sores or cuts on their hands should be especially careful.
  - Discard organ meats.
  - Wash hands and instruments thoroughly after field dressing or processing.
- To minimize risk of disease or parasite transmission to your domestic dog, prevent consumption of big game viscera.

## Brucellosis
- Bison in Yellowstone National Park carry bacteria that cause a disease known as brucellosis or Bang's disease. Brucellosis in Yellowstone National Park bison is one of the primary reasons that attempts are being made to control bison in Montana.
- Brucellosis in bison is caused by a bacterium that can also infect humans. In humans, brucellosis is called undulant fever. Symptoms include intermittent fever, chills, night sweats, body aches, poor appetite and weakness. If undulant fever is treated early, it is fairly easy to cure. However, if the disease reaches a chronic stage, treatment is difficult.
- In bison, the bacteria is concentrated in the lymph nodes, reproductive organs and the udder. Cooking destroys bacteria that may be present in the meat. Thus, when thoroughly cooked, the meat is safe to eat.

**Bison Mandatory Reporting Requirement**

**Bison Mandatory Reporting Requirement:** Successful bison hunters must report their harvested bison <u>within 48 hours</u> by calling 1-877-FWP-WILD (1-877-397-9453) or 406-444-0356.

**Bison**

## Bison HD Regulations

| Hunting District | License | Opportunity | Apply by Date | Number of Licenses | Season Dates | Opportunity Specific Information and/or Restrictions |
|---|---|---|---|---|---|---|
| **Region 3** | | | | | | |
| 385 - Gardiner Basin Portion AND Absaroka Beartooth Portion (wilderness north of Yellowstone National Park including the upper portions of the Hellroaring and Slough Creek drainages). | 385-20 | Either Sex | May 1 | 40 | Nov 15-Feb 15 | |
| | 385-21 | Either Sex | May 1 | 5 | Sep 15-Nov 14 | Only valid in the Absaroka Beartooth portion of the HD. This is a wilderness backcountry hunt. |
| | 385-77 | Opportunity will vary based on need | May 1 | Bison Hunt Roster | Nov 15-Feb 15 | Second Choice only license. A bison hunter list will be created from a random drawing of all second choice applicants for HD 385. Hunters may or may not be activated based upon bison presence. A list will be developed from these choices in the sequence drawn and may be used to issue either a bison cow or calf license during the general bison season, depending on migration, or bison damage/management hunts as needed. |

NOTE: The Absaroka-Beartooth portion is a very remote wilderness accessible only by foot or horse. Retrieving a harvested bison will present an extraordinary challenge. A mature bull bison can weigh 2,000 pounds and yield 800 pounds of meat. Hunters must be prepared to pack out this amount of meat, as well as the head and hide if desired, and to care for the meat properly in order to avoid spoilage. It is not recommended that hunters attempt this hunt without a string of pack-animals capable of this task and several additional people to assist with processing the harvested animal.

NOTE: Gardiner Hunting Closure - Closed to all hunting; Beginning at the Junction of U.S. Hwy 89 and Little Trail Creek, then up Little Trail Creek to the posted line (approx. 1/2 mile above U.S. Hwy 89), then southeasterly along said line to the Travertine-Trail Creek Road, then easterly along said road to its intersection with the Gardiner-Jardine Road, then northeasterly along said road to Eagle Creek, then southerly down said creek to the Yellowstone National Park boundary, then westerly along said boundary to the intersection with Stevens Creek, then northeasterly in a straight line to the intersection with U.S. Hwy 89, then northwesterly along said highway to the junction of Little Trail Creek, the point of beginning.

| | | | | | | |
|---|---|---|---|---|---|---|
| 395 - Madison Watershed Portion AND Gallatin Watershed Portion | 395-20 | Either Sex | May 1 | 40 | Nov 15-Feb 15 | |
| | 395-77 | Opportunity will vary based on need | May 1 | Bison Hunt Roster | Nov 15-Feb 15 | Second Choice only license. A bison hunter list will be created from a random drawing of all second choice applicants for HD 395. Hunters may or may not be activated based upon bison presence. A list will be developed from these choices in the sequence drawn and may be used to issue either a bison cow or calf license during the general bison season, depending on migration, or bison damage/management hunts as needed. |

NOTE: The Gallatin Watershed Portion of Bison HD 395 is CLOSED TO HUNTING. See map, legal descriptions and hunting closures in the legal descriptions in these regulations.

NOTE: Restricted Area: No hunting within the city limits of West Yellowstone, no hunting within the fenced boundary of the West Yellowstone airport and closure area to protect eagle-nesting sites on National Forest System Lands on Horse Butte Peninsula as posted from Dec. 1 to Aug. 15.

Turn In Poachers.  Enough is Enough!  Make the call: 1-800-TIP-MONT (1-800-847-6668)

# HOW TO HUNT SAFELY IN
## Bear Country



### Tips on how to prepare for safe outings.

- Inquire about recent bear activity in the area.
- Carry and know how to use bear spray.
- Let someone know your plans and time frame.
- Travel in groups of three or more people when possible.
- Stay on trails or rural roads.
- Watch for signs of bears such as bear scat, diggings, torn-up logs and turned over rocks, and partly consumed animal carcasses.
- Make your presence known by making noise - talking, singing, carrying a bell - especially when near streams or in thick forest where visibility is low. This can be the key to avoiding encounters. Most bears will avoid humans when they know humans are present.
- Don't approach a bear; respect its space and move off.

### Hunters

Bears have expanded to areas where they previously may not have not been. They can now be found throughout Western and Central Montana.

Be aware that the act of hunting puts you at risk of encountering bears and that elk bugling, game calls and cover scents may attract bears.

When hunting, the golden rule is "get the elk or deer out of the area as quickly as possible." The longer a carcass remains lying on the ground, hung up in hunting camp, or in the back of a truck, the more likely it will be discovered by a bear. The sooner elk and deer are taken home the better.

If you must leave the carcass, hang it, in pieces if necessary, at least 10' above the ground. Leave the carcass where you can see it from a distance, and when you return, observe the carcass with binoculars before approaching. If a bear has claimed the carcass, leave the area and report the incident to the proper authorities. It's not worth risking your safety or the bear's safety.

Bears are opportunists and change their behavior in order to take advantage of new food sources.  So if you are hunting always assume that bears are in the area and make sure your camps, cabins and homes are bear proof, and that bear attractants are unavailable or contained.

## Contacts

**Montana Fish, Wildlife & Parks**
**State Headquarters**
1420 East 6th Avenue,
PO Box 200701,
Helena, MT 59620-0701
406-444-2535

**Harvest Reporting**..............**1-877-FWP-WILD**
.............**(1-877-397-9453) or 406-444-0356**
**Quota Status 1-800-385-7826 or 406-444-1989**
Hunter Education......................406-444-9948
Wildlife ........................................406-444-2612
Enforcement ..............................406-444-2452
Montana State Parks................406-444-3750
Drawings......................................406-444-2950
Licenses ......................................406-444-2826
Hearing Impaired (use Montana Relay)............... 7-1-1 or 1-800-253-4091

**Montana Fish, Wildlife & Parks Regional Headquarters**

**REGION 1**
490 N Meridian Rd
Kalispell, MT 59901
406-752-5501

**LIBBY Field Office**
385 Fish Hatchery Rd
Libby, MT 59923
(406)293-4161

**REGION 2**
3201 Spurgin Rd
Missoula, MT 59804
406-542-5500

**REGION 3**
1400 South 19th Ave
Bozeman, MT 59718-5496
406-577-7900

**HELENA Area Resource Office (HARO)**
930 Custer Ave W
Helena, MT 59620
406-495-3260

**BUTTE Area Resource Office (BARO)**
1820 Meadowlark Ln
Butte, MT59701
406-494-1953

**REGION 4**
4600 Giant Springs Rd
Great Falls, MT 59405
406-454-5840

**LEWISTOWN Area Resource Office (LARO)**
333 Airport Road, Ste. 1
Lewistown, MT 59457
406-538-4658

**REGION 5**
2300 Lake Elmo Dr
Billings, MT 59105
406-247-2940

**REGION 6**
1 Airport Rd
Glasgow, MT 59230
406-228-3700

**HAVRE Area Resource Office (HvARO)**
2165 Hwy 2 East
Havre, MT 59501
406-265-6177

**REGION 7**
352 I-94 Business Loop
PO Box 1630
Miles City, MT 59301
406-234-0900

**Contacts Outside Fish, Wildlife & Parks**

**Montana State Agencies**
Agriculture.................................406-444-3144
Guides & Outfitters ..................406-841-2300
Livestock....................................406-444-7323
State Lands (DNRC)................406-444-2074
Tourism ......................................406-841-2870

**Federal Agencies**
US Department of Interior (USDI) ......................202-208-3100
USDI Fish & Wildlife Service .........................406-449-5225
USDA Forest Service ................ 406-329-3511
USDI Bureau of Land Management ...................406-896-5000
National Weather Service (Missoula) ........................ 406-329-4840

**Tribal Governments**
Blackfeet Reservation..............406-338-7276
Crow Reservation ..................406-638-2179
Flathead Reservation .............406-883-2888 ext 7200
Fort Belknap...............................406-353-2205
Fort Peck Reservation............406-768-5305
Northern Cheyenne Reservation ........................ 406-477-6526
Rocky Boy Reservation ..........406-395-4207

## Subject Index

**A**
Aircraft ........ 14
Antler/Horn/Skull Possession ........ 14
Archery ........ 14
Archery Hunters
  Hunter Orange ........15
Artificial Light ........ 14

**B**
Baiting ........ 14
Bear Country, Montana is ........23
Bighorn Sheep
  Hunting District Maps ........34-35
  Hunting District Regulations........37-38
Bison
  Hunting District Maps ........ 42
  Hunting District Regulations........ 44
Block Management ........22
Bow and Arrow License ........8

**C**
Check Stations........ 14
Chronic Wasting Disease (CWD) ........4
Contacts ........ 46
Crossbows........ 14

**D**
Dogs ........15
Drawing Statistics........27
Duplicate Bow Hunter ........ 10

**E**
Evidence Required of Game Animal's Sex and Species ........ 14

**F**
Firearms........ 14
Furbearer Traps........15

**G**
General Information ........22
Glandular Scents........15

**H**
Harvest Survey ........22
Horn Possession........ 16
Hunter Education........ 10
Hunter Orange Requirement........15
Hunter, Youth ........12
Hunting Bow ........ 14
Hunting Hours........47
Hunting License........8
Hunting Season Dates........9

**I**
Inspection of Wildlife........15
Interstate Wildlife Violator Compact ........15

**K**
Kill Site Verification........15

**L**
Lawful Methods for Hunting........15
Laws and Rules........ 14
License & Permit Availability Chart........8
License Validation and Tagging........15
Littering........15

**M**
Moose
  Hunting District Maps ........28-29
  Moose District Regulations ........30-33
Motorized Vehicles........ 16
Mountain Goat
  Hunting District Map ........39
  Hunting District Regulations........ 40
Muzzleloader (requirements)........17

**N**
Night Vision Equipment........ 16
Nongame Species, Classification ........ 16
Nonresident, Obtaining a License........ 10

**O**
Obtain A License Or Permit........ 10
Off-Highway Vehicles (OHVs) ........ 16
Outfitters and Guides........ 16

**P**
Predators and Nongame Hunting........ 16
Private Land ........22
Public Land........22
Public Roadways........ 16

**R**
Railroad Access........22
Refund Policy........12
Rules and Laws........ 14
Replacement License........11
Reservation Land........17
Residency........ 10
Resident With a Disability
  Conservation License ........12
Restitution ........ 16
Restricted Area Legal Descriptions........18-20

**S**
Season Dates........9
Shotgun ........17
Simulated Wildlife ........17
Skull Possession ........ 14
Special Licenses ........8
State Game Preserves ........22
State School Trust Lands........22
State Wildlife Management Areas (WMA)...22
Stream Access ........22
Sunrise-Sunset Tables ........47
SuperTags ........11

**T**
Traditional Handguns ........17
Transport of Wildlife........22
Two-way Communication........17

**U**
Unmanned Aerial Vehicle (UAV)........17

**W**
Waste of Game........17
Weapons Restrictions........17
WMA........22

**Y**
Youth Age 11 ........12
Youth Hunter........12

Turn In Poachers. Enough is Enough! Make the call: 1-800-TIP-MONT (1-800-847-6668)

Paid Advertisement
Appears only in publication printed
and distributed by FWP

Paid Advertisement
Appears only in publication printed
and distributed by FWP

## 2022 Sunrise-Sunset Tables For Determining Hunting Hours

These tables, including adjustments for daylight savings time, are the official sunrise-sunset tables adopted by the Montana Fish & Wildlife Commission for hunting in Montana. Authorized hunting hours for the taking of moose, bighorn sheep, bison or mountain goat begin one-half hour before sunrise and end one-half hour after sunset each day of the hunting season. (Do not use other sources.)

**ZONE 1: INCLUDES:** Flathead, Granite, Lake, Lincoln, Mineral, Missoula, Ravalli and Sanders counties

| | Sept | | Oct | | Nov | | Dec | | Jan | | Feb | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set |
| Day | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. |
| 1 | 6:56 | 8:15 | 7:35 | 7:15 | 8:19 | 6:20 | 8:01 | 4:49 | 8:21 | 4:58 | 8:01 | 5:39 |
| 2 | 6:57 | 8:13 | 7:36 | 7:13 | 8:20 | 6:18 | 8:02 | 4:49 | 8:21 | 4:59 | 7:59 | 5:41 |
| 3 | 6:58 | 8:11 | 7:38 | 7:11 | 8:22 | 6:17 | 8:03 | 4:49 | 8:21 | 5:00 | 7:58 | 5:42 |
| 4 | 7:00 | 8:09 | 7:39 | 7:10 | 8:23 | 6:16 | 8:04 | 4:48 | 8:21 | 5:01 | 7:57 | 5:44 |
| 5 | 7:01 | 8:07 | 7:40 | 7:08 | 8:25 | 6:14 | 8:05 | 4:48 | 8:21 | 5:02 | 7:55 | 5:45 |
| 6 | 7:02 | 8:05 | 7:42 | 7:06 | 7:26 | 5:13 | 8:06 | 4:48 | 8:21 | 5:03 | 7:54 | 5:47 |
| 7 | 7:04 | 8:03 | 7:43 | 7:04 | 7:28 | 5:11 | 8:07 | 4:48 | 8:21 | 5:04 | 7:53 | 5:48 |
| 8 | 7:05 | 8:01 | 7:44 | 7:02 | 7:29 | 5:10 | 8:08 | 4:47 | 8:20 | 5:06 | 7:51 | 5:50 |
| 9 | 7:06 | 7:59 | 7:46 | 7:00 | 7:30 | 5:09 | 8:09 | 4:47 | 8:20 | 5:07 | 7:50 | 5:51 |
| 10 | 7:07 | 7:58 | 7:47 | 6:58 | 7:32 | 5:07 | 8:10 | 4:47 | 8:19 | 5:08 | 7:48 | 5:53 |
| 11 | 7:09 | 7:56 | 7:49 | 6:56 | 7:33 | 5:06 | 8:11 | 4:47 | 8:19 | 5:09 | 7:47 | 5:54 |
| 12 | 7:10 | 7:54 | 7:50 | 6:54 | 7:35 | 5:05 | 8:12 | 4:47 | 8:19 | 5:10 | 7:45 | 5:56 |
| 13 | 7:11 | 7:52 | 7:51 | 6:52 | 7:36 | 5:04 | 8:13 | 4:48 | 8:18 | 5:12 | 7:44 | 5:58 |
| 14 | 7:13 | 7:50 | 7:53 | 6:50 | 7:38 | 5:03 | 8:14 | 4:48 | 8:17 | 5:13 | 7:42 | 5:59 |
| 15 | 7:14 | 7:47 | 7:54 | 6:49 | 7:39 | 5:02 | 8:15 | 4:48 | 8:17 | 5:14 | 7:40 | 6:01 |
| 16 | 7:15 | 7:45 | 7:56 | 6:47 | 7:41 | 5:01 | 8:15 | 4:48 | 8:16 | 5:16 | 7:39 | 6:02 |
| 17 | 7:17 | 7:43 | 7:57 | 6:45 | 7:42 | 5:00 | 8:16 | 4:48 | 8:16 | 5:17 | 7:37 | 6:04 |
| 18 | 7:18 | 7:41 | 7:58 | 6:43 | 7:44 | 4:59 | 8:17 | 4:49 | 8:15 | 5:18 | 7:35 | 6:05 |
| 19 | 7:19 | 7:39 | 8:00 | 6:41 | 7:45 | 4:58 | 8:17 | 4:49 | 8:14 | 5:20 | 7:34 | 6:07 |
| 20 | 7:20 | 7:37 | 8:01 | 6:40 | 7:46 | 4:57 | 8:18 | 4:50 | 8:13 | 5:21 | 7:32 | 6:08 |
| 21 | 7:22 | 7:35 | 8:03 | 6:38 | 7:48 | 4:56 | 8:18 | 4:50 | 8:12 | 5:23 | 7:30 | 6:10 |
| 22 | 7:23 | 7:33 | 8:04 | 6:36 | 7:49 | 4:55 | 8:19 | 4:51 | 8:12 | 5:24 | 7:29 | 6:11 |
| 23 | 7:24 | 7:31 | 8:06 | 6:34 | 7:50 | 4:54 | 8:19 | 4:51 | 8:11 | 5:26 | 7:27 | 6:13 |
| 24 | 7:26 | 7:29 | 8:07 | 6:33 | 7:52 | 4:53 | 8:20 | 4:52 | 8:10 | 5:27 | 7:25 | 6:14 |
| 25 | 7:27 | 7:27 | 8:08 | 6:31 | 7:53 | 4:53 | 8:20 | 4:52 | 8:09 | 5:29 | 7:23 | 6:16 |
| 26 | 7:28 | 7:25 | 8:10 | 6:29 | 7:54 | 4:52 | 8:20 | 4:53 | 8:08 | 5:30 | 7:21 | 6:17 |
| 27 | 7:30 | 7:23 | 8:11 | 6:28 | 7:56 | 4:51 | 8:21 | 4:54 | 8:07 | 5:32 | 7:20 | 6:19 |
| 28 | 7:31 | 7:21 | 8:13 | 6:26 | 7:57 | 4:51 | 8:21 | 4:55 | 8:05 | 5:33 | 7:18 | 6:20 |
| 29 | 7:32 | 7:19 | 8:14 | 6:25 | 7:58 | 4:50 | 8:21 | 4:55 | 8:04 | 5:35 | - | - |
| 30 | 7:34 | 7:17 | 8:16 | 6:23 | 7:59 | 4:50 | 8:21 | 4:56 | 8:03 | 5:36 | - | - |
| 31 | - | - | 8:17 | 6:21 | - | - | 8:21 | 4:57 | 8:02 | 5:38 | - | - |

**ZONE 2: INCLUDES:** Beaverhead, Broadwater, Cascade, Chouteau, Deer Lodge, Gallatin, Glacier, Hill, Jefferson, Lewis & Clark, Liberty, Madison, Meagher, Park, Pondera, Powell, Silver Bow, Teton and Toole counties.

| | Sept | | Oct | | Nov | | Dec | | Jan | | Feb | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set |
| Day | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. |
| 1 | 6:48 | 8:07 | 7:27 | 7:08 | 8:10 | 6:13 | 7:52 | 4:42 | 8:12 | 4:51 | 7:52 | 5:32 |
| 2 | 6:50 | 8:05 | 7:28 | 7:06 | 8:12 | 6:11 | 7:53 | 4:42 | 8:12 | 4:52 | 7:51 | 5:33 |
| 3 | 6:51 | 8:03 | 7:30 | 7:04 | 8:13 | 6:10 | 7:54 | 4:42 | 8:12 | 4:53 | 7:49 | 5:35 |
| 4 | 6:52 | 8:01 | 7:31 | 7:02 | 8:15 | 6:08 | 7:55 | 4:41 | 8:12 | 4:54 | 7:48 | 5:36 |
| 5 | 6:53 | 7:59 | 7:32 | 7:00 | 8:16 | 6:07 | 7:56 | 4:41 | 8:12 | 4:55 | 7:47 | 5:38 |
| 6 | 6:55 | 7:57 | 7:34 | 6:58 | 7:17 | 5:05 | 7:57 | 4:41 | 8:12 | 4:56 | 7:45 | 5:39 |
| 7 | 6:56 | 7:55 | 7:35 | 6:56 | 7:19 | 5:04 | 7:58 | 4:41 | 8:12 | 4:57 | 7:43 | 5:41 |
| 8 | 6:57 | 7:53 | 7:36 | 6:54 | 7:20 | 5:03 | 7:59 | 4:41 | 8:11 | 4:59 | 7:43 | 5:42 |
| 9 | 6:59 | 7:51 | 7:38 | 6:52 | 7:22 | 5:02 | 8:00 | 4:40 | 8:11 | 5:00 | 7:41 | 5:44 |
| 10 | 7:00 | 7:49 | 7:39 | 6:50 | 7:23 | 5:00 | 8:01 | 4:40 | 8:11 | 5:01 | 7:40 | 5:46 |
| 11 | 7:01 | 7:47 | 7:40 | 6:48 | 7:25 | 4:59 | 8:02 | 4:40 | 8:10 | 5:02 | 7:38 | 5:47 |
| 12 | 7:02 | 7:45 | 7:42 | 6:47 | 7:26 | 4:58 | 8:03 | 4:41 | 8:10 | 5:03 | 7:37 | 5:49 |
| 13 | 7:04 | 7:43 | 7:43 | 6:45 | 7:28 | 4:57 | 8:04 | 4:41 | 8:09 | 5:05 | 7:35 | 5:50 |
| 14 | 7:05 | 7:41 | 7:45 | 6:43 | 7:29 | 4:56 | 8:05 | 4:41 | 8:09 | 5:06 | 7:34 | 5:52 |
| 15 | 7:06 | 7:39 | 7:46 | 6:41 | 7:30 | 4:55 | 8:06 | 4:41 | 8:08 | 5:07 | 7:32 | 5:53 |
| 16 | 7:07 | 7:37 | 7:47 | 6:39 | 7:32 | 4:53 | 8:06 | 4:41 | 8:07 | 5:09 | 7:30 | 5:55 |
| 17 | 7:09 | 7:35 | 7:49 | 6:37 | 7:33 | 4:52 | 8:07 | 4:42 | 8:07 | 5:10 | 7:29 | 5:56 |
| 18 | 7:10 | 7:33 | 7:50 | 6:36 | 7:35 | 4:51 | 8:08 | 4:42 | 8:06 | 5:11 | 7:27 | 5:58 |
| 19 | 7:11 | 7:31 | 7:51 | 6:34 | 7:36 | 4:50 | 8:08 | 4:42 | 8:05 | 5:13 | 7:25 | 5:59 |
| 20 | 7:13 | 7:29 | 7:53 | 6:32 | 7:38 | 4:50 | 8:09 | 4:43 | 8:04 | 5:14 | 7:24 | 6:01 |
| 21 | 7:14 | 7:27 | 7:54 | 6:30 | 7:39 | 4:49 | 8:09 | 4:43 | 8:04 | 5:16 | 7:22 | 6:02 |
| 22 | 7:15 | 7:25 | 7:56 | 6:29 | 7:40 | 4:48 | 8:10 | 4:44 | 8:03 | 5:17 | 7:20 | 6:04 |
| 23 | 7:16 | 7:23 | 7:57 | 6:27 | 7:42 | 4:47 | 8:10 | 4:44 | 8:02 | 5:18 | 7:18 | 6:05 |
| 24 | 7:18 | 7:21 | 7:59 | 6:25 | 7:43 | 4:46 | 8:11 | 4:45 | 8:01 | 5:20 | 7:17 | 6:07 |
| 25 | 7:19 | 7:19 | 8:00 | 6:24 | 7:44 | 4:46 | 8:11 | 4:46 | 8:00 | 5:21 | 7:15 | 6:08 |
| 26 | 7:20 | 7:17 | 8:01 | 6:22 | 7:46 | 4:45 | 8:11 | 4:46 | 7:59 | 5:23 | 7:13 | 6:09 |
| 27 | 7:22 | 7:15 | 8:03 | 6:20 | 7:47 | 4:44 | 8:12 | 4:47 | 7:58 | 5:24 | 7:11 | 6:11 |
| 28 | 7:23 | 7:14 | 8:04 | 6:19 | 7:48 | 4:44 | 8:12 | 4:48 | 7:57 | 5:26 | 7:10 | 6:12 |
| 29 | 7:24 | 7:12 | 8:06 | 6:17 | 7:49 | 4:43 | 8:12 | 4:49 | 7:56 | 5:27 | - | - |
| 30 | 7:26 | 7:10 | 8:07 | 6:16 | 7:51 | 4:43 | 8:12 | 4:49 | 7:54 | 5:29 | - | - |
| 31 | - | - | 8:09 | 6:14 | - | - | 8:12 | 4:50 | 7:53 | 5:30 | - | - |

**ZONE 3: INCLUDES:** Bighorn, Blaine, Carbon, Fergus, Golden Valley, Judith Basin, Musselshell, Petroleum, Phillips, Stillwater, Sweet Grass, Wheatland and Yellowstone counties

| | Sept | | Oct | | Nov | | Dec | | Jan | | Feb | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set |
| Day | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. |
| 1 | 6:37 | 7:57 | 7:17 | 6:57 | 8:01 | 6:01 | 7:43 | 4:30 | 8:04 | 4:39 | 7:43 | 5:20 |
| 2 | 6:39 | 7:55 | 7:18 | 6:55 | 8:02 | 6:00 | 7:44 | 4:30 | 8:04 | 4:40 | 7:42 | 5:22 |
| 3 | 6:40 | 7:53 | 7:19 | 6:53 | 8:04 | 5:58 | 7:45 | 4:29 | 8:04 | 4:41 | 7:40 | 5:23 |
| 4 | 6:41 | 7:51 | 7:21 | 6:51 | 8:05 | 5:57 | 7:47 | 4:29 | 8:04 | 4:42 | 7:39 | 5:25 |
| 5 | 6:42 | 7:49 | 7:22 | 6:49 | 8:07 | 5:55 | 7:48 | 4:29 | 8:03 | 4:43 | 7:38 | 5:26 |
| 6 | 6:44 | 7:47 | 7:24 | 6:47 | 7:08 | 4:54 | 7:49 | 4:29 | 8:03 | 4:44 | 7:36 | 5:28 |
| 7 | 6:45 | 7:45 | 7:25 | 6:45 | 7:10 | 4:53 | 7:50 | 4:28 | 8:03 | 4:45 | 7:35 | 5:29 |
| 8 | 6:46 | 7:43 | 7:26 | 6:43 | 7:11 | 4:51 | 7:51 | 4:28 | 8:03 | 4:46 | 7:33 | 5:31 |
| 9 | 6:48 | 7:41 | 7:28 | 6:41 | 7:13 | 4:50 | 7:52 | 4:28 | 8:02 | 4:48 | 7:32 | 5:33 |
| 10 | 6:49 | 7:39 | 7:29 | 6:39 | 7:14 | 4:49 | 7:53 | 4:28 | 8:02 | 4:49 | 7:30 | 5:34 |
| 11 | 6:50 | 7:37 | 7:30 | 6:38 | 7:16 | 4:47 | 7:54 | 4:28 | 8:01 | 4:50 | 7:29 | 5:36 |
| 12 | 6:52 | 7:35 | 7:32 | 6:36 | 7:17 | 4:46 | 7:55 | 4:28 | 8:01 | 4:51 | 7:27 | 5:37 |
| 13 | 6:53 | 7:33 | 7:33 | 6:34 | 7:19 | 4:45 | 7:56 | 4:28 | 8:00 | 4:53 | 7:26 | 5:39 |
| 14 | 6:54 | 7:31 | 7:35 | 6:32 | 7:20 | 4:44 | 7:56 | 4:29 | 8:00 | 4:54 | 7:24 | 5:40 |
| 15 | 6:56 | 7:29 | 7:36 | 6:30 | 7:21 | 4:43 | 7:57 | 4:29 | 7:59 | 4:55 | 7:22 | 5:42 |
| 16 | 6:57 | 7:27 | 7:37 | 6:28 | 7:23 | 4:42 | 7:57 | 4:29 | 7:59 | 4:57 | 7:21 | 5:43 |
| 17 | 6:58 | 7:25 | 7:39 | 6:26 | 7:24 | 4:41 | 7:59 | 4:29 | 7:58 | 4:58 | 7:19 | 5:45 |
| 18 | 6:59 | 7:23 | 7:40 | 6:25 | 7:26 | 4:40 | 7:59 | 4:30 | 7:57 | 4:59 | 7:17 | 5:46 |
| 19 | 7:01 | 7:21 | 7:42 | 6:23 | 7:27 | 4:39 | 8:00 | 4:30 | 7:56 | 5:01 | 7:16 | 5:48 |
| 20 | 7:02 | 7:19 | 7:43 | 6:21 | 7:29 | 4:38 | 8:00 | 4:30 | 7:56 | 5:02 | 7:14 | 5:49 |
| 21 | 7:03 | 7:17 | 7:45 | 6:19 | 7:30 | 4:37 | 8:01 | 4:31 | 7:55 | 5:04 | 7:12 | 5:51 |
| 22 | 7:05 | 7:15 | 7:46 | 6:17 | 7:31 | 4:36 | 8:01 | 4:31 | 7:54 | 5:05 | 7:11 | 5:53 |
| 23 | 7:06 | 7:13 | 7:48 | 6:16 | 7:33 | 4:35 | 8:02 | 4:32 | 7:53 | 5:07 | 7:09 | 5:54 |
| 24 | 7:07 | 7:11 | 7:49 | 6:14 | 7:34 | 4:34 | 8:02 | 4:33 | 7:52 | 5:08 | 7:07 | 5:56 |
| 25 | 7:09 | 7:09 | 7:50 | 6:12 | 7:35 | 4:34 | 8:03 | 4:33 | 7:51 | 5:10 | 7:05 | 5:57 |
| 26 | 7:10 | 7:07 | 7:52 | 6:11 | 7:37 | 4:33 | 8:03 | 4:34 | 7:50 | 5:11 | 7:03 | 5:59 |
| 27 | 7:11 | 7:05 | 7:53 | 6:09 | 7:38 | 4:32 | 8:03 | 4:35 | 7:49 | 5:13 | 7:02 | 6:00 |
| 28 | 7:13 | 7:03 | 7:55 | 6:07 | 7:39 | 4:32 | 8:04 | 4:35 | 7:48 | 5:14 | 7:00 | 6:01 |
| 29 | 7:14 | 7:01 | 7:56 | 6:06 | 7:41 | 4:31 | 8:04 | 4:36 | 7:47 | 5:16 | - | - |
| 30 | 7:15 | 6:59 | 7:58 | 6:04 | 7:42 | 4:31 | 8:04 | 4:37 | 7:45 | 5:17 | - | - |
| 31 | - | - | 7:59 | 6:03 | - | - | 8:04 | 4:38 | 7:44 | 5:19 | - | - |

**ZONE 4: INCLUDES:** Carter, Custer, Daniels, Dawson, Fallon, Garfield, McCone, Powder River, Prairie, Richland, Roosevelt, Rosebud, Sheridan, Treasure, Valley and Wibaux counties

| | Sept | | Oct | | Nov | | Dec | | Jan | | Feb | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set | Rise | Set |
| Day | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. | A.M. | P.M. |
| 1 | 6:24 | 7:42 | 7:02 | 6:43 | 7:45 | 5:48 | 7:26 | 4:18 | 7:47 | 4:27 | 7:27 | 5:08 |
| 2 | 6:25 | 7:40 | 7:03 | 6:41 | 7:46 | 5:47 | 7:28 | 4:18 | 7:47 | 4:28 | 7:26 | 5:09 |
| 3 | 6:26 | 7:38 | 7:05 | 6:39 | 7:48 | 5:45 | 7:29 | 4:18 | 7:47 | 4:29 | 7:24 | 5:11 |
| 4 | 6:28 | 7:36 | 7:06 | 6:37 | 7:49 | 5:44 | 7:30 | 4:17 | 7:47 | 4:30 | 7:23 | 5:12 |
| 5 | 6:29 | 7:34 | 7:07 | 6:35 | 7:51 | 5:43 | 7:31 | 4:17 | 7:46 | 4:31 | 7:22 | 5:14 |
| 6 | 6:30 | 7:32 | 7:09 | 6:33 | 6:52 | 4:41 | 7:32 | 4:17 | 7:46 | 4:32 | 7:20 | 5:15 |
| 7 | 6:31 | 7:30 | 7:10 | 6:31 | 6:54 | 4:40 | 7:33 | 4:17 | 7:46 | 4:33 | 7:19 | 5:17 |
| 8 | 6:33 | 7:28 | 7:11 | 6:30 | 6:55 | 4:39 | 7:34 | 4:16 | 7:46 | 4:35 | 7:17 | 5:18 |
| 9 | 6:34 | 7:26 | 7:13 | 6:28 | 6:57 | 4:37 | 7:35 | 4:16 | 7:46 | 4:36 | 7:16 | 5:20 |
| 10 | 6:35 | 7:24 | 7:14 | 6:26 | 6:58 | 4:36 | 7:36 | 4:16 | 7:45 | 4:37 | 7:15 | 5:21 |
| 11 | 6:36 | 7:23 | 7:15 | 6:24 | 6:59 | 4:35 | 7:37 | 4:16 | 7:45 | 4:38 | 7:13 | 5:23 |
| 12 | 6:38 | 7:21 | 7:17 | 6:22 | 7:01 | 4:34 | 7:38 | 4:16 | 7:44 | 4:39 | 7:12 | 5:24 |
| 13 | 6:39 | 7:19 | 7:18 | 6:20 | 7:02 | 4:33 | 7:39 | 4:17 | 7:44 | 4:41 | 7:10 | 5:26 |
| 14 | 6:40 | 7:17 | 7:20 | 6:18 | 7:04 | 4:31 | 7:39 | 4:17 | 7:43 | 4:42 | 7:08 | 5:27 |
| 15 | 6:42 | 7:15 | 7:21 | 6:17 | 7:05 | 4:30 | 7:40 | 4:17 | 7:43 | 4:43 | 7:07 | 5:29 |
| 16 | 6:43 | 7:13 | 7:22 | 6:15 | 7:07 | 4:29 | 7:41 | 4:17 | 7:42 | 4:45 | 7:05 | 5:30 |
| 17 | 6:44 | 7:11 | 7:24 | 6:13 | 7:08 | 4:28 | 7:42 | 4:18 | 7:41 | 4:46 | 7:04 | 5:32 |
| 18 | 6:45 | 7:09 | 7:25 | 6:11 | 7:09 | 4:27 | 7:42 | 4:18 | 7:41 | 4:47 | 7:02 | 5:33 |
| 19 | 6:47 | 7:07 | 7:26 | 6:09 | 7:11 | 4:26 | 7:43 | 4:18 | 7:40 | 4:49 | 7:00 | 5:35 |
| 20 | 6:48 | 7:05 | 7:28 | 6:08 | 7:12 | 4:25 | 7:43 | 4:19 | 7:39 | 4:50 | 6:59 | 5:36 |
| 21 | 6:49 | 7:03 | 7:29 | 6:06 | 7:14 | 4:25 | 7:44 | 4:19 | 7:38 | 4:51 | 6:57 | 5:38 |
| 22 | 6:50 | 7:01 | 7:31 | 6:04 | 7:15 | 4:24 | 7:44 | 4:20 | 7:37 | 4:53 | 6:55 | 5:39 |
| 23 | 6:52 | 6:59 | 7:32 | 6:03 | 7:16 | 4:23 | 7:45 | 4:20 | 7:37 | 4:54 | 6:54 | 5:41 |
| 24 | 6:53 | 6:57 | 7:33 | 6:01 | 7:18 | 4:22 | 7:45 | 4:21 | 7:36 | 4:56 | 6:52 | 5:42 |
| 25 | 6:54 | 6:55 | 7:35 | 5:59 | 7:19 | 4:22 | 7:46 | 4:22 | 7:35 | 4:57 | 6:50 | 5:43 |
| 26 | 6:56 | 6:53 | 7:36 | 5:58 | 7:20 | 4:21 | 7:46 | 4:22 | 7:34 | 4:59 | 6:48 | 5:45 |
| 27 | 6:57 | 6:51 | 7:38 | 5:56 | 7:21 | 4:20 | 7:46 | 4:23 | 7:33 | 5:00 | 6:46 | 5:46 |
| 28 | 6:58 | 6:49 | 7:39 | 5:54 | 7:23 | 4:20 | 7:46 | 4:24 | 7:31 | 5:02 | 6:45 | 5:48 |
| 29 | 6:59 | 6:47 | 7:41 | 5:52 | 7:24 | 4:20 | 7:47 | 4:25 | 7:30 | 5:03 | - | - |
| 30 | 7:01 | 6:45 | 7:42 | 5:51 | 7:25 | 4:19 | 7:47 | 4:25 | 7:29 | 5:05 | - | - |
| 31 | - | - | 7:44 | 5:50 | - | - | 7:47 | 4:26 | 7:28 | 5:06 | - | - |

Sunrise - Sunset

Attachment 02 (b) (6), (b) (7)(C)



Attachment 03 (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

Attachment 04 (b) (6), (b) (7)(C)



Attachment 05 (b) (6), (b) (7)(C)



Department of the Interior
National Park Service
Office of Professional Responsibility

**Investigative Activity Report**

(b) (6), (b) (7)(C)

| Reporting Official/Title | Signature | Date |
|---|---|---|
| John Evans / Special Agent | | March 7, 2022 |
| Approving Official/Title | Signature | Date |
| Beth Shott, Deputy Chief, OPR | | March 8, 2022 |

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission. This report is FOR OFFICIAL USE ONLY. Public availability is to be determined under Title 5, USC section 552.*

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



FOR OFFICIAL USE ONLY

*Reported By:* _____

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



END

FOR OFFICIAL USE ONLY

*Reported By:* _____

Attachment 06 (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)









INTERVIEW WITH DAN STAHLER

Interviewer:  John Evans









(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



INTERVIEW WITH DAN STAHLER

Interviewer:  John Evans

(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)









(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)













(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)









(b) (6), (b) (7)(C)



Attachment 07 (b) (6), (b) (7)(C) f









Attachment 08 (b) (6), (b) (7)(C)



Attachment 09 (b) (6), (b) (7)(C)



Department of the Interior
National Park Service
Office of Professional Responsibility

**Investigative Activity Report**

(b) (6), (b) (7)(C)

| Reporting Official/Title | Signature | Date |
|---|---|---|
| John Evans / Special Agent | | March 9, 2022 |
| Approving Official/Title | Signature | Date |
| Beth Shott, Deputy Chief, OPR | | March 10, 2021 |

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission. This report is FOR OFFICIAL USE ONLY. Public availability is to be determined under Title 5, USC section 552.*

**Case Number: NP22032305**

(b) (6), (b) (7)(C)

**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

**Case Number: NP22032305**

(b) (6), (b) (7)(C)

END

**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Attachment 10 (b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)















(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)











(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)









(b) (6), (b) (7)(C)









(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)

Attachment 11 (b) (6), (b) (7)(C)



Attachment 12 (b) (6), (b) (7)(C)



Department of the Interior
National Park Service
Office of Professional Responsibility

## Investigative Activity Report

| Reporting Official/Title | Signature | Date |
|---|---|---|
| John Evans / Special Agent | | March 8, 2022 |
| Approving Official/Title | Signature | Date |
| Beth Shott, Deputy Chief, OPR | | March 9, 2022 |

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission. This report is **FOR OFFICIAL USE ONLY**. Public availability is to be determined under Title 5, USC section 552.*

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



END

FOR OFFICIAL USE ONLY

Reported By: _____

Attachment 13 (b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)









(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)













(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)











Attachment 14 (b) (6), (b) (7)(C)



Department of the Interior
National Park Service
Office of Professional Responsibility

## Investigative Activity Report

**(b) (6), (b) (7)(C)**

| Reporting Official/Title | Signature | Date |
|---|---|---|
| John Evans / Special Agent | | March 17, 2022 |
| Approving Official/Title | Signature | Date |
| Beth Shott, Deputy Chief, OPR | | March 18, 2022 |

*This report is the property of the National Park Service and is loaned to your agency.  It and its contents may not be reproduced without written permission. This report is **FOR OFFICIAL USE ONLY**.  Public availability is to be determined under Title 5, USC section 552.*

Case Number: NP22032305



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Case Number: NP22032305



END



**FOR OFFICIAL USE ONLY**

*Reported By:* _____

Attachment 15 (b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)







Attachment 16 (b) (6), (b) (7)(C)





(b) (6), (b) (7)(C)



(b) (6), (b) (7)(C)

Attachment 17 (b) (6), (b) (7)(C)

(b) (6), (b) (7)(C)







(b) (6), (b) (7)(C)











(b) (6), (b) (7)(C)







Attachment 18 (b) (6), (b) (7)(C)

