FOIA Summons IH form 4
4/17

UNITED STATES DISTRICT COURT
for the
Southern District of New York

THE INTERCEPT MEDIA, INC; and
RYAN DEVEREAUX,

        Plaintiff

v.

NATIONAL PARK SERVICE; and U.S.
DEPARTMENT OF THE INTERIOR,

        Defendant

Civil Action No. 23-10922

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M. Browning
Davis Wright Tremaine LLP
1251 Ave. of the Americas, 21st Fl
New York, New York 10020

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**CLERK OF COURT**

Date: 12/18/2023



/s/ J. Gonzalez
Signature of Clerk or Deputy Clerk