UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE INTERCEPT MEDIA, INC.; and RYAN DEVEREAUX,

        Plaintiffs,

- against -

NATIONAL PARK SERVICE; and U.S. DEPARTMENT OF THE INTERIOR,

        Defendants.

Case No. 1:23-cv-10922-PAE

**MOTION FOR ADMISSION *PRO HAC VICE***

---

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Sarah E. Burns, hereby move this Court for an order for admission to practice to appear *pro hac vice* as counsel for Plaintiffs The Intercept Media, Inc., and Ryan Devereaux in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any state or federal court. A copy of my Certificate of Good Standing in California is annexed to my declaration filed simultaneously with this motion.

Dated: February 13, 2024
Oakland, California

Respectfully Submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ Sarah E. Burns

Sarah E. Burns
50 California Street, 23rd Floor
San Francisco, CA 94111
(415) 276-6552
(415) 276-6599
sarahburns@dwt.com

*Attorney for Plaintiffs The Intercept Media, Inc., and Ryan Devereaux*