UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE INTERCEPT MEDIA, INC., *et al.*,<br><br>         Plaintiffs,<br>     -v-<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>         Defendants. | 23 Civ. 10922 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  Per the Court's correspondence with counsel, the Court reschedules the initial pretrial conference in this case to 3:30 p.m. today. Dial-in information remains the same as in the Court's prior order.

  SO ORDERED.

                    *Paul A. Engelmayer*
                    PAUL A. ENGELMAYER
                    United States District Judge

Dated: February 16, 2024
     New York, New York