UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE INTERCEPT MEDIA, INC., *et al.*,

                              Plaintiffs,

        -v-

NATIONAL PARK SERVICE, *et al.*,

                             Defendants.

23 Civ. 10922 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Per the Court's discussion with counsel at today's initial pretrial conference, the Court sets the following deadlines:

- March 15, 2024: The Government must provide plaintiffs a draft *Vaughn* index. *See Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973).

- April 15, 2024: Joint letter due as to whether summary judgment and/or discovery will be necessary in this case, and, if so, proposing a discovery and/or briefing schedule.

SO ORDERED.

                                                  *Paul A. Engelmayer*
                                                  PAUL A. ENGELMAYER
                                                  United States District Judge

Dated: February 16, 2024
       New York, New York