

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

April 15, 2024

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

      Re:    *The Intercept Media, Inc., et al., v. National Park Service, et al.*,
              23 Civ. 10922 (PAE)

Dear Judge Engelmayer:

      We write jointly on behalf of Plaintiffs The Intercept Media, Inc., publisher of The Intercept, and Ryan Devereaux (collectively, "Plaintiffs"), and Defendants the National Park Service ("NPS") and the Department of the Interior (collectively, "Defendants" or the "Government," and together with Plaintiffs, the "Parties") in the above referenced Freedom of Information Act ("FOIA") matter in accordance with the Court's February 16, 2024 Order, ECF No. 19.

      On March 15, 2024, the Government provided a draft *Vaughn* index to Plaintiffs. The Parties subsequently exchanged email communications attempting to narrow and/or resolve the matters in dispute. However, they were unable to reach agreement. Accordingly, issues remain in dispute that require resolution by the Court.

      The Parties jointly propose the following schedule for summary judgment briefing.

      May 17, 2024 – Government brief due
      June 14, 2024 – Plaintiffs' opposition brief due
      June 28, 2024 – Government reply brief due

      Thank you for your consideration of this matter.

                                                    Respectfully,

                                                    DAMIAN WILLIAMS
                                                    United States Attorney

2

          By:    */s/ Dominika Tarczynska*
                DOMINIKA TARCZYNSKA
                Assistant United States Attorneys
                Tel. (212) 637-2748
                Fax (212) 637-2686
                dominika.tarczynska@usdoj.gov
                *Attorney for Defendant*

The Court thanks the parties for this status update. The Court endorses the parties' proposed briefing schedule.

SO ORDERED.

Dated: April 16, 2024
      New York, New York

                              *Paul A. Engelmayer*
                              PAUL A. ENGELMAYER
                              United States District Judge