UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE INTERCEPT MEDIA INC., *et al.*,

                              Plaintiffs,

    -v-

NATIONAL PARK SERVICE, *et al.*,

                              Defendants.

23 Civ. 10922 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On December 23, 2024, the Court directed defendants, by February 4, 2025, unless a notice of appeal is filed, to (1) release to plaintiffs a substantially less redacted version of the Investigative File, and (2) furnish plaintiffs with a revised *Vaughn* index chronicling the information withheld and the basis for withholding. *See* Dkt. 43 at 2. Defendants have not filed a notice of appeal.

The Court accordingly directs the parties to file, by April 9, 2025, a joint status report addressing whether (1) defendants have completed their production of the Investigative File, consistent with the Court's decision of December 6, 2024, and furnished a revised *Vaughn* index; and (2) this case may now be closed.

SO ORDERED.

                                                                        Paul A. Engelmayer
                                                                        United States District Judge

Dated: April 2, 2025
        New York, New York